# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

Johnny Ray Chandler, Sr.      :

                          :

         Plaintiff,      :

                          :

         VS.              : Case No. 06ca002426-B

                          : Judge, Judith Retchin

W. E. Welch & Associates, et al., : Initial Conference 7-7-06

                          :      9:30 am

         Defendants.    : Courtroom 220

RECEIVED

APR 0 4 2006

W.E. WELCH & ASSOCIATES

## MOTION TO AMEND COMPLAINT AND SUPPLEMENT THE PLEADINGS

Comes now Plaintiff, Johnny Ray Chandler, Sr. Proceeding Pro-Se without the assistance of Counsel. Respectfully moves this Court to Grant him LEAVE to Amend the above Claim. To include an additional defendant and an additional Claim.

**A.**          **BACKGROUND OF THE CASE**

On March 6, 2006 while employed by the defendant, W. E. Welch & Associates. My employment was abruptly terminated by Mr. Jeff Mahoney. Who is one of the Job Sit Foreman's in the Sheet Metal Department. When I got home I immediately called

the Office of W. E. Welch & Associates and spoke personally with

Ms. Kim Gipe who is the Manager for the Human Resources

Department. I informed Ms. Gipe of the termination by Mr.

Mahoney. She informed me that she was no and had not been made

aware of the termination. But, she would check into it and for me

to call her back later. I called her back that same day, and she

verified the termination of my employment. So, after speaking with

Ms. Kim Gipe, ( Human Resources Manager ). I wrote a Grievance

/ Administrative Appeal to the Human Resources Department.

 ( See Exhibit A.). That Grievance along with a Cover Letter was

mailed to the Human Resources Department on March 7, 2006

( SEE EXHIBIT B ).

In my Grievance, I informed Ms. Gipe that my termination

was not performed in accordance with the Policies written in the

W. E. Welch Employee Handbook.

( SEE EXHIBIT A.).

**B.** **<u>ADDITIONAL CLAIM</u>**

As I stated in my Initial Claim/Complaint. My termination was not performed in accordance with the written policies of W. E. Welch & Associates.

Here in this Amendment to the above Claim. I will factually show and prove that the Human Resources Manager, Ms. Kim Gipe also violated the Company Policy in reference to my Termination, in accordance with the W. E. Welch & Associates Employee Handbook.

## C.    **W. E. Welch & Associates Employee Handbook**

Pursuant to the policy on page 62, Paragraph 1 (Written Warnings). It states as follows :

The Supervisor should discuss the problem and present a written warning to the employee in the presence of a Human Resources Manager. This should clearly identify the problem and outline a course of corrective actions within a specific time frame. The employee should clearly understand both the corrective action and the consequence ( I. E., termination) if the problem is not corrected or reoccurs. The employee should acknowledge receipt

of the warning and incorporate any of their own comments before
signing it. A record of the discussion and the employee's comments
should be placed in the employee's file in the Human Resources
Department. ( SEE EXHIBIT C. )

## POST RESIGNATION / TERMINATION PROCEDURES

### (a). Exit Interview

The Human Resources Manager is responsible for scheduling
an exit interview with a terminating employee on the employee's
last day of employment. Before your final paycheck **WILL** BE
ISSUED.

**D.**                    **VIOLATIONS**

Here in this Amendment to the above Claim. The Human
Resources Manager, ( Ms. Kim Gipe ) has made two (2) flagrant
violations in reference to my Employment Termination.

(1). NEGLIEGENCE IN THE PERFORMANCE OF HER DUTY:

(a). As stated above. The alleged Written Warning was

suppose to have taken place in the presence of the Human

Resources Manager, ( Ms. Kim Gipe ). But it was not.

(b). The alleged Written Warning was supposed to have been

signed by me in the presence of the Human Resources Manager ,

( Ms. Kim Gipe ). But, it was not. ( SEE EXHIBITS  A., B., C., and

D. ).

## **CONSTITUTIONAL VIOLATION**

Here in this Claim. Which is presently before the Court.

Based on the language used in the Employee Handbook  " WILL"

( EXHIBIT C. ). A Liberty Interest under the Fourteenth (14th )

Amendment has clearly been established, and Ms. Kim Gipe,

( Human Resources Manger ) has by her actions clearly violated

my Rights under the Fourteenth (14th) Amendment.

**E.**                **ADDITIONAL  DEFENDANT**

Therefore, here in this Amendment to the above Claim. I,

move this Court to add Ms. Kim Gipe, Human Resources Manager

for the Defendant, W. E. Welch as an additional Defendant.

Wherefore, in the interest of Justice. I move this Honorable Court to Grant me Leave to Amend the above Claim, to include Ms. Kim Gipe, ( Human Resources Manager ) for W. E. Welch as an additional Defendant in the above Claim.

Respectfully Submitted,

*Johnny Ray Chandler, Sr.*

Johnny Ray Chandler, Sr.
Plaintiff, Pro-Se
1816 New Hampshire Avenue, N.W., Apt. 602
Washington, D.C. 20009

## CERTIFICATE OF SERVICE

I hereby Certify that a True and Correct Copy of the above Motion To Amend Complaint and Supplement the Pleadings, Summons, Initial Complaint, Initial Order, and Proposed Order. Was mailed U.S. Certified Mail, Return Receipt Requested on this 3rd day of April, 2006  TO :

Ms. Kim Gipe
Human Resources Manager
Human Resources Department
W. E. Welch & Associates
2502 Urbana Pike, Suite 200
Ijamsville, Maryland 21754


And


Mr. Jeff Mahoney
W. E. Welch & Associates
2502 Urbana Pike, Suite 200
Ijamsville, MD. 21754

Respectfully Submitted,

*Johnny Ray Chandler, Sr.*

Johnny Ray Chandler, Sr.

Plaintiff, Pro-Se

1816 New Hampshire Avenue, N.W., Apt. 602

Washington, D.C. 20009

## ADDITIONAL RELIEF

As additional relief in this claim. I move this Court to award me the following relief :

(1).    Punitive Damages : It be Ordered by this Court. That Ms. Kim Gipe be immediately placed on 45 days suspension without pay. For, Negligence in the performance of her Job Duties, and Violation of my Fourteenth (14th) Amendment Rights.

(2).    Monetary Relief : It be ordered that I be awarded $ 25,000.00 from Ms. Kim Gipe in her individual and Official position.

(3).    Injunctive Relief : It be Ordered that my employment with W. E. Welch be immediately re-instated at the Same salary of $ 15.00 per hour. With any and all benefits. Plus I receive all back pay from March  6, 2006 to the present date.

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

Johnny Ray Chandler, Sr.          :
                                  :
                    Plaintiff,    :
                                  :
          VS.                     : Case No. 06ca002426-B
                                  :
W. E. Welch & Associates, et al., :
                                  :
                  Defendants.     :

## ORDER

Upon consideration of the Motion To Amend the Complaint filed by plaintiff, Johnny Ray Chandler, Sr. and there being no opposition there to filed by the defendant.

It is Ordered by this Court that the Motion To Amend the Complaint is hereby on this _____ day of _____, 2006 GRANTED.

_____
Judge

_____
Date

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

Johnny Ray Chandler, Sr.
1816 New Hampshire Ave., N.W.
Apt. 602 Washington, D.C. 20009

*Plaintiff*

*vs.*

W.E. WELCH & ASSOCIATES, INC.
2502 URBANA PIKE, SUITE 200
IJAMSVILLE, MD. 21754          — AND
(SERVE) Ms. Kim Gipe, Human Resources Mang.
2502 Urbana Pike, Suite 200
Ijamsville Maryland 21754

*Defendants*

CIVIL ACTION NO. _____
MR. JEFF MAHONEY ( Serve : Ms. Kim
Gipe. 2502 Urbana
Pike, Ijamsville,
MD. 21754 )

## COMPLAINT

1. **Jurisdiction of this court is founded on D.C. Code Annotated, 2001 edition, as amended, Sec. 11-921.**
   THIS CLAIM/COMPLAINT IS AGAINST W.E. WELCH & ASSOCIATES, INC. (MECHANICAL

CONTRACTORS) AND MR. JEFF MAHONEY .Who is one of the employee's of W.E. Welch &
Associates. This Claim is for un-fair labor practic, False Accusation and
violation of Company Policy, Bias Discrimination, Equal Treatment under the
Fourteenth Amendment, and Negliegence in the performance of his duty

   **A.**                    JURISDICTION
      Jurisdiction of this Court is founded under Diversity of Citizenship.

   I, am a citizen and resident of Washington, D.C. and W. E. Welch & Associate

**Wherefore, Plaintiff demands judgment against Defendant in the sum of $ __175,000.00__
with interest and costs.**

(202) 332-1689
**Phone:**

**DISTRICT OF COLUMBIA, SS**

Johnny R. Chandler _____, being first duly sworn on oath deposes and says that the
foregoing is a just and true statement of the amount owing by defendant to the paintiff, exclusive of all
set-off and just grounds of defense.

Johnny Ray Chandler, Sr.
(Plaintiff                                              Agent)

**Subscribed and sworn to before me this __23__ day of __March__ 20 06**

(Notary Public/Deputy Clerk)
Sidney W. Williams, III
Notary Public, District of Columbia
My Commission Expires 7/31/2010

FORM CV-1013/ Nov. 08

## COMPLAINT CONTINUED

Has it's primary place of business in Ijamsville, Maryland.

Also, this Court has Subject Matter Jurisdiction.

**B.**                    **STATEMENT OF CLAIM**

Back in October of 2005. I was hired by the defendant, (W.E.

Welch & Associates) as a Sheet metal Mechanic. On Monday,

March 6, 2006 I went to work. When I arrived, I was approached

by the job sit Foreman, Mr. Jeff Mahoney. He told me that :

" I DO NOT NEED YOU ANY MORE."

I, asked him if I was being fired ? Once again he told me that I do

not need you any more. So, I immediately left the job sit and went

home. When I got home, I called the Human Resources Manager,

Ms. Kim Gipes. I informed her of what I had been told by Mr. Jeff

Mahoney and asked her if I was going to be sent to another job sit

or was I being fired ? She told me that she did not know, but she

would find out, and for me to call her back later.

When I called her back. She told me that I had been fired by Mr. Jeff Mahoney. I, asked her to tell me the reason why I had been fired ? She told me that it was because Mr. Mahoney had written me up. I, immediately informed Ms. Gipe that I had not been informed of any write up, written by Mr. Mahoney. Nore had I received any write up written by him. Ms. Gipe informed me that she would send me a copy of the write ups when she mailed me my pay check. This was on March 6, 2006.

Then on Friday, March 17, 2006 I received my check in the mail. Along with my check was four written complaints written by Mr. Jeff Mahoney, ( SEE EXHIBIT'S   A.,B.,C., and D.) As this Court can clearly see. All of those documents has a space for the employee to sign. But none of those forms have my signature on them. Which should prove that I was never made aware of them prior to March 7, 2006. Which furthermore should show and prove that they were written with malicious intent.

**B.(1).                    EQUAL TREATMENT**

Under the Equal Treatment Clause. All persons similarly situated should be treated alike and equally.

On or about February 15, 2006 one of the other workers, who Is also a Sheet Metal worker also received a written warning about his job performance. This warning was verbal as well as in writing. This workers name is Mr. Gary Price. Me on the other hand. I was not given a written warning, and the exhibits will show this fact. Because, none of the have my signature on them.

## B. (2)        POLICY  VIOLATIONS

As I initially stated. I , started working for W.E. Welch in October of 2005. As a new employee, I was given a Policy Guide called W.E. WELCH & ASSOCIATES, Inc. Employee Handbook. In the Foreword of that Handbook, PG. 5, Paragraph 2. It clearly states :

**This Manual has been prepared to help you understand some of the GENERAL POLICIES, WORKING RULES AND BENEFIT PLANS THAT W. E. W. A. I. OFFERS.  THIS MANUAL "SHALL" SERVE AS THE GUIDE FOR OUR**

## EMPLOYER / EMPLOYEE RELATIONSHIP ( SEE EXHIBIT F. )

### PG. 46, Para. 1. ON THE JOB

If an employee receives two (2) or more written warnings,

disciplinary action will be taken, up to and including termination.

### PG. 62-63  WRITTEN WARNINGS

The Supervisor should discuss the problem and present a

written warning to the employee in the presence of the Human

Resources Manager. Clearly identify the problem and outline a

course of corrective action within a specific time frame. The

employee should clearly understand both the corrective action and

the consequences, (I.e. termination) if the problem is not corrected

or reoccurs. The employee should acknowledge receipt of the

warning and incorporate any of their own comments before signing

it. A record of the discussion and the employee's comments should

be placed in the employee's file in the Human Resources

Department.

Here in in this claim. Which is presently before the court. I

was never given a chance to make any comments in reference to the alleged Notices/write-ups. Nor was I ever seen or taken before the Human Resources Manager. As mandated by the W. E. Welch & Associates Employee / Employer Policy. Therefore, the defendants are all guilty of all charges.

## C.     <u>ADMINISTRATIVE APPEAL</u>

As required by the Rules of Civil Procedures. I sent an Appeal to Ms. Kim Gipe, Human Resource Manager for W. E. Welch. Informing her in writing of my complaint, and requesting that my employment be re-instated. ( SEE EXHIBIT E. )

## D.     <u>REQUESTED RELIEF</u>

As Relief in this Claim. I respectfully Move this Court to award me the following Relief :

1. Monetary Relief : 150,000.00 from W. E. Welch. For unfair Labor practices.

2. 25,000.00 from Mr. Jeff Mahoney. For violation of Policy , Bias Discrimination, and violation of the Equal Treatment Clause.

# INJUNCTIVE RELIEF

1. It be ORDERED by this Court that my employment with W. E Welch & Associates be immediately re-instated.

2. It be ORDERED that I be given back pay. From March 6, 2006 To present.

Respectfully Submitted,

Johnny Ray Chandler, Sr.
Plaintiff, PRO-SE



# W. E. WELCH & ASSOCIATES
## Human Resources Management Department
### 502 Urbana Pike, Suite 200
### Ijamsville, MD. 21754


<u>MEMORANDUM</u>

TO : The Human Resources Department
    W.E. Welch & Assoc.
    2502 Urbana Pike
    Ijamsville, MD. 21754

FROM : Johnny Ray Chandler, Sr.
    1816 New Hampshire Ave., N.W., Apt. 602
    Washington, D.C. 20009

SUBJECT : GRIEVANCE / UNFAIR EMPLOYMENT TERMINATION

DATE : March 6, 2006

To Whom it may concern :

My name is, Johnny Ray Chandler, Sr. I, have written and filed this grievance as an official Complaint. For un-fair employment termination.

I was initially employed by W.E. Welch on October 20, 2005. I was assigned to the job site on Western Avenue, N.W., Washington, D.C.

On Monday, March 6, 2006 I reported to work at 6 : 15 A.M. At which time, the Job Foreman (Jeff) informed me that my employment was terminated. At no time prior to that morning was or have I ever been informed or given a written warning of any Employment Status, Policy Violations. Committed by me. Which is a violation of the W. E. Welch Employee Handbook.

Per the W.E. Welch Employment Handbook. Pg. 46, Paragraph one (1) it states as follows :

  The contents of this "Handbook" are your guide to success and

should be followed at all times. Anytime a policy in this "Handbook" is not followed, an employee will receive a warning.  If an employee receives two (2) or more written warnings, disciplinary action will be taken, up to and including termination.

As, I stated earlier, and I reiterate. I was never given a written warning of any Policy Violation committed by me, as a result of my work performance.

Furthermore, the Job Foreman, (Jeff) can not say that he has no knowledge of this Policy. Because, on or about February 20, 2006 he gave one of the other Sheet Metal Workers a Written Warning about poor work performance. The employee I am referring to, his name is Mr. Gary Price.

Therefore, I respectfully request that my employment be immediately re-instated, and I be assigned to another Job Site. Plus the Foreman of the Job site on Western Avenue, N.W., Washington, D.C.,(Jeff). Be seriously reprimanded for violation of the Companies Employment Policy. Plus, I be financially compensated for being falsely terminated. In addition to the Mental Anguish that I have incurred.

Your immediate attention to this urgent matter. Is urgently needed and will be very greatly appreciated.

Sincerely,

Johnny Ray Chandler, Sr.
1816 New Hampshire Ave., N.W., Apt. 602
Washington, D.C. 20009

# W. E. WELCH & ASSOCIATES
## 2502 URBANA PIKE
## IJAMSVILLE, MD. 21754

Ms. Kim Gipes
W.E. Welch & Associates
2502 Urbana Pike, Suite 200
Ijamsville, MD. 21754

Johnny Ray Chandler, Sr.
1816 New Hampshire Avenue, N.W.
Apt. 602
Washington, D.C. 20009

### March 7, 2006

Dear Kim,

On Monday, March 6, 2006 I called you, and informed you that I had been fired. You told me that you would talk to the appropriate authority.

Enclosed is a copy of the Grievance that I drafted. Please, give one to the Human Resource Manager, and one to the President of W.E. Welch.

After which, you can send me an E-mail confirming that my issue has been turned over to the proper Authority. My E-mail Address is :

chandler senior@yahoo.com

Your response to this matter. Is urgently needed and will be very deeply appreciated.

Sincerely,

Johnny Ray Chandler, Sr.

A.

# W.E. Welch & Associates Inc

## MECHANICAL CONTRACTORS

2502 Urbana Pike • Suite 200 • Ijamsville, MD 21754

## EMPLOYEE DISCIPLINARY REPORT

DATE: **2-07-06**

NAME: **Johnny Chandler**

**ACTION TAKEN**

[✓] 1st Warning      ___ 2nd Warning      ___ Final Warning      ___ Termination

**NATURE OF INCIDENT**

___ Excessive Absenteeism

___ Insubordination/Failure to follow instructions

___ Threatening or Engaging in Violence

___ Dishonesty/Theft

___ Destruction of Company Property

___ Other _____

___ Lack of Cooperation/Teamwork

___ Substandard Work/Carelessness

[✓] Violation of Safety Rules

___ Drinking/Drugs while at work or operating company vehicles

___ Destruction of Customers' Property

**FACTS OF INCIDENT**

Johnny came to work with out
his hard hat

Witness (if any) _____

Prepared By: Jeff McMahon _____

Supervisor Signature: _____

Employee Signature: _____

(800) WELCH-41  •  (301) 831-8942  •  FAX (301) 831-8405

**W. Welch & Associates Inc** B.
**MECHANICAL CONTRACTORS**

2502 Urbana Pike • Suite 200 • Ijamsville, MD 21754

## EMPLOYEE DISCIPLINARY REPORT

DATE: **2/9/06**

NAME: **Johnny Chandler**

### ACTION TAKEN

✓ 1st Warning    ___ 2nd Warning    ___ Final Warning    ___ Termination

### NATURE OF INCIDENT

___ Excessive Absenteeism

___ Insubordination/Failure to follow instructions

___ Threatening or Engaging in Violence

___ Dishonesty/Theft

___ Destruction of Company Property

___ Other _____

___ Lack of Cooperation/Teamwork

___ Substandard Work/Carelessness

✓ Violation of Safety Rules

___ Drinking/Drugs while at work or operating company vehicles

___ Destruction of Customers' Property

### FACTS OF INCIDENT

**no hard hat today**

Witness (if any) _____

Prepared By: **Jeff Mahoney**

Supervisor Signature: _____

Employee Signature: _____

(800) WELCH-41 • (301) 831-8942 • FAX (301) 831-8403

# Wm. Welch & Associates Inc

2902 Urbana Pike • Suite 200 • Ijamsville, MD 21754

## EMPLOYEE DISCIPLINARY REPORT

DATE: 2/10/06

NAME: Johny Chandler

**ACTION TAKEN**

__ 1st Warning    ✓ 2nd Warning    __ Final Warning    __ Termination

**NATURE OF INCIDENT**

__ Excessive Absenteeism          ✓ Lack of Cooperation/Teamwork

__ Insubordination/Failure to follow    __ Substandard Work/Carelessness
instructions

__ Threatening or Engaging in Violence   __ Violation of Safety Rules

__ Dishonesty/Theft               __ Drinking/Drugs while at work or
                                  operating company vehicles

__ Destruction of Company Property    __ Destruction of Customers' Property

__ Other _____

**FACTS OF INCIDENT**

Took Johny all day to put
in 2nd of / return Duck for apartment
201 on 1st Floor

Witness (if any) _____

Prepared By: _____

Supervisor Signature: Jeff Malone

Employee Signature: _____

D.

**WC. Welch & Associates Inc**
MECHANICAL CONTRACTORS

2502 Urbana Pike • Suite 200 • Ijamsville, MD 21754

# EMPLOYEE DISCIPLINARY REPORT

DATE: 3/1/06

NAME: Sabony Chandler

## ACTION TAKEN

__ 1ST Warning    __ 2nd Warning    ✓ Final Warning    __ Termination

## NATURE OF INCIDENT

__ Excessive Absenteeism

__ Insubordination/Failure to follow instructions

__ Threatening or Engaging in Violence

__ Dishonesty/Theft

__ Destruction of Company Property

__ Other _____

__ Lack of Cooperation/Teamwork

__ Substandard Work/Carelessness

✓ Violation of Safety Rules

__ Drinking/Drugs while at work or operating company vehicles

__ Destruction of Customers' Property

## FACTS OF INCIDENT

Johnny not wear haRD Hat

Witness (If any) _____

Prepared By: _____

Supervisor Signature: _____

Employee Signature: _____

(800) WELCH-41 • (301) 831-8942 • FAX (301) 831-8403

Published 1003

-undue and unauthorized absence from duty during regularly scheduled work hours
-deliberate non-performance of work
-larceny or unauthorized possession of, or the use of, property belonging to any co-worker, visitor, or customer of WEWAI
-possession of dangerous weapons on the premises
-unauthorized possession, use or copying of any records that are the property of WEWAI
-unauthorized posting or removal of notices from bulletin boards
-excessive absenteeism or lateness
-marring, defacing or other willful destruction of any supplies, equipment or property of WEWAI
-failure to call or directly contact your supervisor when you will be late or absent from work
-fighting or serious breach of acceptable behavior
-theft
-violation of WEWAI's Conflict of Interest/Outside Employment Policy and/or Confidentiality Policy
-gambling, conducting games of chance or possession of such devices on the premises or during work hours
-leaving work premises without authorization during work hours
-sleeping on the job

These above noted infractions are intended to be representative of the types of activities that may result in disciplinary action. It is not exhaustive, and is not intended to be comprehensive and does not change the employment-at-will relationship between the employee and WEWAI.

In the event of dismissal for misconduct, all benefits end at the end of the month. COBRA may not be available to anyone dismissed from WEWAI for gross misconduct.

Dismissal Other Than Immediate Termination

All employees are expected to meet WEWAI's standards of work performance. Work performance encompasses many factors, including attendance, punctuality, personal conduct, job proficiency and general compliance with the Company's policies and procedures.
If an employee does not meet these standards, WEWAI may, under appropriate circumstances, take corrective action, other than immediate dismissal.

The intent of corrective action is to formally document problems while providing the employee with a reasonable time within which to improve performance. The process is designed to encourage development by providing employees with guidance in areas that need improvement such as poor work performance, attendance problems, personal conduct, general compliance with WEWAI's policies and procedures and/or other disciplinary problems.

Written Warnings

The supervisor should discuss the problem and present a written warning to the employee in the presence of a Human Resources Manager. This should clearly identify the problem and outline a course of corrective action within a specific time frame. The employee should clearly understand

Published 1003

both the corrective action and the consequence (i.e., termination) if the problem is not corrected or reoccurs. The employee should acknowledge receipt of the warning and incorporate any of their own comments before signing it. A record of the discussion and the employee's comments should be placed in the employee file in the Human Resources Department.

Employees who have had formal written warnings are not eligible for salary increases, bonus awards, promotions or transfers during the warning period.

Post Resignation/Termination Procedures

Exit Interview

The Human Resources Manager is responsible for scheduling an exit interview with the terminating employee on the employee's last day of employment. Before your final paycheck will be issued employees leaving WEWAI must return all WEWAI property including such items as:

-Employee Handbook
-office keys
-WEWAI's issued credit cards
-WEWAI's manuals
-WEWAI's vehicle
-WEWAI's cell phone, chargers, manual, case
-any additional WEWAI owned or issued property

Benefits

Benefits (Life, Medical, etc.) end on the last day of the month following termination. Employees may choose the continuation or waiver of comprehensive medical coverage under COBRA. An employee has the option to convert to individual life insurance, and/or to continue Medical Benefits in accordance with the Consolidated Omnibus Budget Reconciliation Act ("COBRA") regulations. Specific information will be mailed to the employee's home.

Final Paycheck

Final paycheck will be processed during the normal payroll period. If there are unpaid obligations to WEWAI, the final paycheck will reflect the appropriate deductions.

Retirement Plan

If an employee is in the retirement plan, in order to receive a disbursement of any amounts due, the employee will be mailed information on the distribution or the transfer of funds as soon as administratively feasible after the end of plan year. The employee is required to complete and sign a distribution form and mail it to the Plan Administrator. Specific information will be mailed to the employee's home.

Exhibit C.

Exhibit E.

# W.E. WELCH & ASSOCIATES
## MECHANICAL CONTRACTORS
2502 Urbana Pike, Suite 200
Ijamsville, Maryland 21754

# **MEMORANDUM**

| | | |
|---|---|---|
| TO | : | The Human Resources Manager<br>Human Resources Department<br>W.E. Welch & Associates<br>2502 Urbana Pike, Suite 200<br>Ijamsville, MD. 21754 |
| FROM | : | Johnny Ray Chandler, Sr.<br>1816 New Hampshire Avenue, N.W., Apt. 602<br>Washington, D.C. 20009 |
| SUBJECT | : | Administrative Appeal / Complaint against Staff |
| DATE | : | March 17, 2006 |

To Whom It May Concern :

I am writing and sending you this memorandum to appeal a decision that was made by the Administrative Staff or member there of, of W.E. Welch & Associates. Also to file an Official Complaint against Mr. Jeff Mahoney. Who is the Job Foreman at the job sit on Western Avenue, N.W. in Washington, D.C.

On March 6, 2006 I was victimized with Bias Discrimination, A violation of the Equal Treatment Clause of the Fourteenth (14th) Amendment. Plus, a violation of chapter F. ( Pg. 43 ) of the W.E. Welch & Associates Employee Handbook.

On the above date. I was removed from my employment with W.E. Welch & Associates. I was not informed as to the reason or reason(s) for this action until March 7, 2006 when I called the office and spoke with Ms. Kim Gipe.

She informed me that Mr. Jeff Mahoney had written Complaints in reference to me. I, was never made aware of any written Complaints / Warnings. Which is the first violation of Company Policy committed by Mr. Mahoney. I never received any written warnings until the day that I received my last pay check. In the envelope along with my pay check was copies of written warnings written by Jeff Mahoney. ( SEE EXHIBIT'S A., B., C., and D. ) I, was never given a copy of any of those written warnings. Furthermore, none of the warnings have my signature on them. There is a space on the warning form for employee signature. And as you can clearly see. There is no Employee Signature. Which shows and proves that Mr. Mahoney never confronted me with the written warning. Which is a Violation of the W.E. Welch Employee Policy.

## VIOLATION NO. 2

In this violation. I was victimized with Bias Discrimination and a violation of my Right to Equal Treatment. In addition to my Right to Equal Employment.

On or about February 15, 2006. One of the other Sheet Metal Workers was given a written warning about his work performance. He was called into the Office and given a verbal and a written reprimand. The employee that I am referring to, his name is Gary Price. Under the Fourteenth Amendment of the U.S. Constitution. It requires that all persons similarly situated should be treated Equally. Gary Price received a verbal and written warning. I never received a verbal or written warning. Therefore, I was denied Equal Treatment under the Fourteenth (14th) Amendment of the U.S. Constitution.

Also, in Exhibit C. he stated that I lack cooperation / teamwork. Which, based on the FACTS OF THE INCIDENT. Proves that he has made a false accusation. Because, he stated that I took all day to put in 7 feet of Return Duct. If that was the case. That would be substandard work and not a lack of cooperation. So, as you can see. My employment was terminated without just cause.

Now, as relief in this matter. In an effort to keep this matter within the confinements of W.E. Welch. I, respectfully ask that my employment be immediately reinstated, and I be compensated for the time that I am

unemployed. Plus, Mr. Jeff Mahoney be given a very firm reprimand and removed from his position as Job Sit Foreman.

Moreover, I respectfully request a face to face meeting with you. For the purpose of further discussing this matter.

Your personal, written response to this Appeal / Complaint. Is urgently needed and will be very greatly appreciated.

Sincerely,

Johnny Ray Chandler, Sr.

## RECEIPT FOR EMPLOYEE HANDBOOK

Therefore, I acknowledge that I have received the referenced copy of W.E. Welch & Associates, Inc's (WEWAI) Employee Handbook. I agree to read it thoroughly, including the statements in the foreword describing the purpose and effect of the Handbook. I agree that if there is any policy or provision in the Handbook that I do not understand, I will seek clarification from the Human Resources Manager. Furthermore, I am of the understanding that WEWAI is an "at will" employer and as such employment with WEWAI is not for a fixed term or definite period and may be terminated at the will of either party, with or without cause, and without prior notice. No supervisor or other representative of the WEWAI (except the President) has the authority to enter into any agreement for employment for any specified period of time, or to make any agreement contrary to the above. In addition, I understand that this Handbook states WEWAI's policies and practices in effect on the date of publication. I understand that nothing contained in the Handbook may be construed as creating a promise of future benefits or a binding contract with WEWAI for benefits or for any other purpose. I also understand that these policies and procedures are continually evaluated and may be amended, modified or terminated at any time.

*Please sign and date this receipt and return it to your supervisor.*

W.E. Welch & Associates, Inc. Handbook Number_____

Employee Printed Name: _____

Employee Social Security Number:_____

Employee Signature: _____

Signature Date: _____

Published 10/03                                    67

## SUBSTANCE ABUSE POLICY/DRUG TESTING POLICY

**Acknowledgement, Consent & General Release**

**Acknowledgement**

I, the undersigned employee or prospective employee of WEWAI, hereby acknowledge and agree that:

- I am (or will be) an "at will" employee, and WEWAI may terminate my employment at any time, with or without cause.

- I have reviewed carefully WEWAI's Drug-Free Workplace Policy, including this Agreement (the "Policy"), and understand that a drug-free workplace is important to WEWAI. I have had the opportunity to ask questions of WEWAI about the Policy and to take the Policy home and consult with my advisors. I understand the Policy does not change the fact that I am (or will be) an "at will" employee, nor does it give me any substantive right if WEWAI shall fail to enforce it, but it is intended to provide guidance as to WEWAI's expectations of its employees by setting forth rules concerning drugs and alcohol.

- Any and all use of alcohol or illegal drugs, and the improper use of legal drugs, on the job are strictly prohibited.

- Before starting work each day, I have a duty to inform WEWAI of any substances I intend to use either before work or while at work that day that may impair my performance or are governed by the Policy.

**Consent**

I hereby consent to the following:

- I consent to the terms of the Policy and its application to me, and to the penalties determined by WEWAI if I am found to be in violation of the Policy.

- As to my test results:

- Any and all test results may be released to WEWAI, Medical Review Officer, the WEWAI's workers' compensation carrier, and/or others as may be necessary or appropriate in the normal conduct of WEWAI's business. I understand that if I test positive for drugs or alcohol following an on-the-job accident or otherwise, I may be ineligible for workers' compensation benefits.

- I will execute such further consents and authorizations, and/or other forms requested by WEWAI so that any and all test results shall automatically be delivered to WEWAI

without any further action on my part. WEWAI shall be authorized to retain copies of the test results it receives and to maintain them in its personnel files in accordance with WEWAI's normal corporate practices, as they may be amended from time to time.

**General Release**

I understand that the Policy is a statement of intention on the part of WEWAI, but is not intended to give me any substantive legal rights or entitlements. I generally release WEWAI and its directors, shareholders, officers, employees and agents (the "Releases") from any responsibility or liability for injury or damage to me or any person related to me that is directly or indirectly related to the implementation of or failure to implement the Policy by the Releases. Without limiting the previous sentence, I expressly agree that I will not hold the Releases responsible or liable if (1) I am injured by myself or another employee against whom the Releases have failed to enforce the Policy, (2) the Releases enforce the Policy against me, nor (3) the Releases improperly release my test results.

I acknowledge that I have read carefully this Agreement and have executed it as my voluntary act and deed, with the intention of binding myself, my successors and assigns, any persons taking through me.

_____    _____
Employee Name (print)              Social Security Number

_____    ___10 / 11 / 05___
Employee Signature                  Date

_____    _____
Witness Signature                    Date