CO-386
Rev. 10/03

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Johnny Ray Chandler, Sr.　　　　　　)
1816 New Hampshire Ave., NW, #602 )
Washington, D.C.　20009　　　　　　)
　　　　　　　　　　Plaintiff　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　v.　　　　　　　　　　)　　　　　　Civil Action No. _____
W.E. Welch & Associates, et al.　 )
2502 Urbana Pike, Suite 200　　　　)
Ijamsville, MD　21754　Defendant　 )
　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)

## CERTIFICATE UNDER LCvR 7.1

　　　I, the undersigned, counsel of record for __W.E. Welch & Associates, Inc.__,

certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries

or affiliates of __W.E. Welch & Associates, Inc.__, which have any outstanding securities

in the hands of the public. __None__

_____

_____

　　　These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

__260810__　　　　　　　　　　　　　　__Stanley J. Reed, Esquire__
Bar Identification Number　　　　　　 Print Name

　　　　　　　　　　　　　　　　　　　Lerch, Early & Brewer, Chtd.
　　　　　　　　　　　　　　　　　　　3 Bethesda Metro Center, Suite 460
　　　　　　　　　　　　　　　　　　　Address

　　　　　　　　　　　　　　　　　　　Bethesda, MD　20814-5367
　　　　　　　　　　　　　　　　　　　City　　　　　　State　　　Zip

　　　　　　　　　　　　　　　　　　　__(301) 986-1300__
　　　　　　　　　　　　　　　　　　　Telephone Number