FILED
CO-386
MAY 1/0/06 2006



NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Johnny Ray Chandler, Sr.　　　　　　　)
1816 New Hampshire Ave., NW, #602 )
Washington, D.C.  20009　　　　　　　)
　　　　　　　　　Plaintiff　　　　　)　　CASE NUMBER   1:06CV00794
　　　　　　　　　　　　　　　　　　　)
　　　　　　v.　　　　　　　　　　　　)　　Civil JUDGE: Paul L. Friedman
W.E. Welch & Associates, et al.   )
2502 Urbana Pike, Suite 200　　　　 )　　DECK TYPE: Employment Discrimination
Ijamsville, MD  21754　Defendant　 )
　　　　　　　　　　　　　　　　　　　)　　DATE STAMP: 05/01/2006
　　　　　　　　　　　　　　　　　　　)

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for ___W.E. Welch & Associates, Inc.___,

certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries

or affiliates of ___W.E. Welch & Associates, Inc.___, which have any outstanding securities

in the hands of the public. ___None___

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Signature_

260810
Bar Identification Number

Stanley J. Reed, Esquire
Print Name
Lerch, Early & Brewer, Chtd.
3 Bethesda Metro Center, Suite 460
Address

Bethesda, MD  20814-5367
City　　　　　　State　　　Zip

(301) 986-1300
Telephone Number

3