UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JOHNNY RAY CHANDLER, SR., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 06-0794 (PLF) |
| W.E. WELCH & ASSOCIATES, INC., et al., | ) ) ) | |
| Defendants. | ) ) | |

ORDER DIRECTING PLAINTIFF TO CERTIFY CLAIMS

*Pro se* plaintiff filed suit in the Superior Court of the District of Columbia on or around March 23, 2006. Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, defendants removed the instant case to this Court.

The plaintiff was classified a prolific filer by this Court on March 10, 1996, and barred from filing civil actions without leave of the Court. See Memorandum Order, Chandler v. D.C. Dep't of Corr., Civil Action No. 95-2366 (D.D.C. March 10, 1996). To seek leave to file, the plaintiff is also required by Judge Kessler's Order in that case to "certify that his claims have never before been raised and disposed of on the merits. He must also certify that the claims are not frivolous or harassing." Id. at 9. The plaintiff has sought leave to file numerous complaints with this Court since that time, many of which the Court has not allowed to be filed. Because the plaintiff did not file a complaint with this Court in this case, but, rather, filed a complaint in the Superior Court which was removed by the defendants, the Court's March 10, 1996 order requiring plaintiff to obtain leave before filing a complaint does not apply here. The intent of the

order, however, was to prevent the plaintiff from prosecuting claims before this Court that were frivolous, harassing, malicious, or redundant. For that reason, the Court believes it is appropriate to require the plaintiff to make the same certification in this case, although he has been removed here not by his own volition. Accordingly, it is hereby

ORDERED that on or before July 7, 2006, the plaintiff will certify that his claims in this case have never been raised and disposed of on the merits, and also that they are not frivolous or harassing.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
DATE: May 3, 2006        United States District Judge