IN THE UNITED STATES DISTRICT COURT OF
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNNY RAY CHANDLER, SR. | : |
| Plaintiff | : |
| v. | : C.A. No. 06-794 |
| | : (Honorable Paul L. Friedman) |
| W.E. WELCH & ASSOCIATES, INC., et al. | : |
| Defendants | : |

## ORDER

Upon consideration of the foregoing Motion for Clarification of the Court's May 3, 2006 Order to Plaintiff Johnny Ray Chandler and/or for Extension of Time, it is, this___ _____day of May 2006

**ORDERED** that the time within which the Defendants are to respond to the Complaint in this case be and is hereby is extended until two weeks after the Court rules upon the adequacy or lack thereof of plaintiff's required certification, as set forth in this Court's May 3, 2006 Order.

_____
JUDGE PAUL L. FRIEDMAN
United States District Judge

Copies to:

Stanley J. Reed, Esquire
Lerch, Early & Brewer, Chtd.
3 Bethesda Metro Center, Suite 460
Bethesda, MD 20814

Mr. Johnny Ray Chandler, Sr. (*Pro se*)
1816 New Hampshire Avenue, N.W.
Apt. 602
Washington, D.C. 20009