Original

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
MAY 1 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Johnny Ray Chandler, Sr.            :

        **Plaintiff,**            :

V.            : C. A. No. 06-794 ( P.L.F. )

W.E. Welch & Associates, et al.,            :

        **Defendants.**            :

## PLAINTIFFS CERTIFICATION OF CLAIM

Comes now Plaintiff, Johnny Ray Chandler, Sr. Pursuant to the standing Memorandum Order in the case of <u>Chandler V. D.C. Dept. of Corr.</u>, Civil Action No. 95-2366.

I, hereby make the following Certification :

1. I, hereby certify under penalty of perjury. That this Claim is neither frivolous or harassing., and

2. I, certify that this claim has never been raised or disposed of on it's merits.

Wherefore, in the interest of Justice. I, respectfully move this Court to grant me Leave to proceed with the Litigation of this Claim.

Respectfully Submitted,

*Johnny Ray Chandler, Sr.* (signature)

Johnny Ray Chandler, Sr.
Plaintiff Pro-Se
1816 New Hampshire Ave., N.W., Apt. 602
Washington, D.C. 20009

## CERTIFICATE OF SERVICE

I, hereby certify that a true and correct copy of the foregoing Certificate of Claim, the Certificate of Service, and the Pro Posed Order. Were mailed, U.S. First Class Mail, Postage Pre Paid on this 12th day of May, 2006 TO :

Mr. Stanley J. Reed, Esquire
Lerch, Early & Brewer, Chartered
3 Bethesda Metro Center, Suite 460
Bethesda, Maryland 20814

Counsel for Defendants :

W.E. Welch & Associates;
Mr. Jeff Mahoney; and
Ms. Kim Gipe

Respectfully Submitted,

*Johnny Ray Chandler, Sr.* (signature)

Johnny Ray Chandler, Sr.
1816 New Hampshire Avenue, N.W.
Apt. 602
Washington, D.C. 20009

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Johnny Ray Chandler, Sr.           :
                                   :
　　　　**Plaintiff,**              :
                                   :
V.                                 :  C.A. No. 06-794 (P.L.F. )
                                   :
W.E. Welch & Associates, et al.,   :
                                   :
　　　　**Defendants.**             :

## ORDER

Upon consideration of the Certification of Claim that was filed by Plaintiff, Johnny Ray Chandler. In compliance with the May 3, 2006 ORDER of this Court.

It is hereby ORDERED on this _____ day of _____, 2006. That the Certification satisfies the requirements of this Court and Plaintiff is allowed to further litigate this Claim in this Court.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Judge  Paul L. Friedman