UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Johnny Ray Chandler, Sr. :
:
**Plaintiff,** :
:
V. : C.A. No. 06-794 (P.L.F.)
:
W.E. Welch & Associates, et al., :
:
**Defendants.** :

## PLAINTIFF'S REBUTTAL TO THE DEFENDANTS PENDING MOTION

Comes now Plaintiff, Johnny Ray Chandler, Sr. Pursuant to the F.R.C.P. Respectfully moves this Court to accept into the Record. His Rebuttal to the Defendant Counsel's pending Motion.

In Defendant Counsel's Motion Id at 1. Counsel alleges that there is an issue as to whether or not the Defendants were properly served with the Summons, Complaint and Initial Order.

In response to that allegation. Plaintiff refers this Court to the attached Memorandum of Points and Authorities.

Respectfully Submitted,

*Johnny Ray Chandler, Sr.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Johnny Ray Chandler, Sr.          :
                                  :
        **Plaintiff,**             :
                                  :
        V.                        : C.A. No. 06-794 ( P.L.F. )
                                  :
W.E. Welch & Associates, et al., :
                                  :
        **Defendants.**            :

## MEMORANDUM OF POINTS AND AUTHORITIES

Comes now Plaintiff. Pursuant to the F.R.C.P. Respectfully moves this Honorable Court to accept into the Records his rebuttal to the Defendant Counsel's pending Motion.

In Counsel's Motion Id. At 1. He alleges that the Defendants were not served in this case. That statement/allegation is not supported by any facts that can or should be or should be accepted by this Court. Moreover, in this case the defendants Counsel is trying to circumvent the litigation of this Claim. By supplying this Court with false and inaccurate pleadings.

For the Record. Based on facts. I, Plaintiff will show and produce proof that all of the Defendants were properly served in this Case.

1. On March 29, 2006 this case was initially filed in the Superior Court of the District of Columbia.

2. On March 29, 2006 I was granted Forma Pauperis Status in the D.C. Superior Court.

3. On the above date, after being Granted Pauperis Status. I was informed by the Civil Clerk of the D.C. Superior Court. That, because of my Pauperis Status service of the Complaint, Summons, Notices, and Initial Order. Would be made by their Office. ( SEE EXHIBIT A. Initial Order ).

At the time of the Initial Filing of this Complaint. The only Defendants in this Case was :

1. W.E. Welch & Associates, Inc. and;

2. Mr. Jeff Mahoney.

On April 3, 2006 I filed a Motion with the Court to Amend

the Complaint to include Ms. Kim Gipe, ( Human Resources Manager). As an additional Defendant. ( SEE EXHIBIT B ).

If this Court would closely examine EXHIBIT A.

( Certificate of Service Return Receipt). This Court will clearly see that all of the Defendants were served by CERTIFIED MAIL RETURN RECEIPT REQUESTED. With a copy of the Initial Complaint; The Summons; and The Initial Order. In compliance with Rule 4 of the S.C.R.C.P. ( Superior Court Rules of Civil Procedures ).

Moreover, as this Court is and should be well aware of. If, the Defendants were not served in this case with a copy of the Complaint, Summons, Notice, and The Initial Order. There would have been no need for them to submit this matter to their Attorneys and their Attorneys would never have responded to the Complaint.

Also, as substantial **PROOF and EVIDENCE** of Service. I, respectfully refer this Honorable Court to Defendants Counsels Motion that was filed on April 28, 2006. ( **NOTICE OF**

# REMOVAL OF CASE TO UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA ).

In that Motion / Notice Id. At 3, ( Certificate of Service )., and ( Exhibit 1 ). This Court will clearly see that Defendants Counsel has provided this Court with a Copy of the Initial Complaint, and the Initial Exhibits that was filed in the D.C. Superior Court for the District of Columbia ( Exhibit 2. ), and the Initial Order, ( Exhibit 4 ).

If, the Defendants were not served in this case. Then I respectfully ask this Court. Where and how did they obtain the documents that they filed with this Court ?

Wherefore, in the interest of Justice. I, respectfully move this Honorable Court to Rule that the Defendants were served in this Action, and that this Case be allowed to proceed through the full and complete Litigation Process.

Respectfully Submitted,

Johnny Ray Chandler, Sr.

## CERTIFICATE OF SERVICE

I, hereby certify that a True and Correct copy of the foregoing Rebuttal Motion, Certificate of Service, Order and Exhibits. Were mailed, U.S. First Class Mail, Postage Pre Paid on this 13th day of May, 2006, TO :

Mr. Stanley J. Reed, Esquire
Attorney at Law
Lerch, Early & Brewer, Chartered
3 Bethesda Metro Center, Suite 460
Bethesda, Maryland 20814

    Attorneys for Defendants.

          Respectfully Submitted,

          Johnny Ray Chandler, Sr.
      1816 New Hampshire Ave., N.W.
              Apt. 602
         Washington, D.C. 20009

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Johnny Ray Chandler, Sr.       :
                               :
          **Plaintiff,**        :
                               :
          V.                   : C.A. No. 06-794 ( P.L.F. )
                               :
W.E. Welch & Associates, et al., :
                               :
          **Defendants.**       :

## ORDER

Upon consideration of the Rebuttal Motion and the evidence filed by the Plaintiff, Johnny Ray Chandler, Sr.

This Court finds that the Defendants were served in accordance with Rule 4 of the S.C.R.C.P.

Furthermore, it is **ORDERED** ON THIS _____ DAY OF _____, 2006 . That the defendants are ordered to respond to the Complaint in accordance with the F.R.C.P.

_____
Judge Paul L. Friedman