*My Copy Exhibit A.*

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

| | |
|---|---|
| **Johnny Ray Chandler, Sr.** | : |
| Plaintiff, | : |
| VS. | : Case No. 00ca002426-B |
| | : Judge, Judith Retchin |
| W.E. Welch & Associates, et al., | : Initial Conference 7-7-06 |
| | : Courtroom 220 |
| Defendants. | : 9:30 a.m. |

## CERTIFICATE OF SERVICE

I, hereby certify that a true and correct copy of the Enclosed Motion To Amend, Complaint, Summons, and Initial Order. Were mailed, U.S. Certified Mail, Return Receipt Requested Were mailed on April 3rd, 2006 and received on the 4th day of April, 2006 too and by :

Ms. Kim Gipe
Human Resources Manager
W.E. Welch & Associates
2502 Urbana pike, Suite 200
Ijamsville, MD. 21754

See Return Receipt and Affidavit Of Service By Registered /

Certified Mail.

Also, a true and correct copy of the Certificate of Service and the Service by Certified Mail Receipt was mailed. U.S. First Class Mail, Postage Pre-Paid on this 13th day of April, 2006 TO :

Mr. Jeff Mahoney
Sheet Metal Mechanic
Sheet Metal Division
W. E. Welch & Associates
2502 Urbana Pike, Suite 200
Ijamsville, MD. 21754

And

Mr. Ross Rappaport, Vice President
W. E. Welch & Associate
2502 Urbana Pike, Suite 200
Ijamsville, MD. 21754

And

Ms. Kim Gipe
Human Resources Manager
W. E. Welch & Associates
2502 Urbana Pike, Suite 200
Ijamsville, MD. 21754

Respectfully Submitted,

*Johnny Ray Chandler, Sr.*

Johnny Ray Chandler, Sr.
Plaintiff, Pro-Se
1816 New Hampshire Ave., N.W., Apt. 602
Washington, D.C. 20009

# Exhibit A.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

1. Article Addressed to:

Ms. Kim Gipe
W.E. Welch + Assoc.
2502 Urbana Pike
Suite 200
Ijamsville, MD, 21754

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number: 7005 0390 0002 5034 9985

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540