Exhibit B.

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

Johnny Ray Chandler, Sr.          :
                                  :
          Plaintiff,              :
                                  :
          VS.                     :
                                  : Case No. 06ca002426-B
                                  : Judge, Judith Retchin
W. E. Welch & Associates, et al., : Initial Conference 7-7-06
                                  :          9:30 am
          Defendants.            : Courtroom 220

## MOTION TO AMEND COMPLAINT AND SUPPLEMENT THE PLEADINGS

Comes now Plaintiff, Johnny Ray Chandler, Sr. Proceeding Pro-Se without the assistance of Counsel. Respectfully moves this Court to Grant him LEAVE to Amend the above Claim. To include an additional defendant and an additional Claim.

## A.          BACKGROUND OF THE CASE

On March 6, 2006 while employed by the defendant, W. E. Welch & Associates. My employment was abruptly terminated by Mr. Jeff Mahoney. Who is one of the Job Sit Foreman's in the Sheet Metal Department. When I got home I immediately called

the Office of W. E. Welch & Associates and spoke personally with Ms. Kim Gipe who is the Manager for the Human Resources Department. I informed Ms. Gipe of the termination by Mr. Mahoney. She informed me that she was no and had not been made aware of the termination. But, she would check into it and for me to call her back later. I called her back that same day, and she verified the termination of my employment. So, after speaking with Ms. Kim Gipe, ( Human Resources Manager ). I wrote a Grievance / Administrative Appeal to the Human Resources Department. ( See Exhibit A.). That Grievance along with a Cover Letter was mailed to the Human Resources Department on March 7, 2006 ( SEE EXHIBIT B ).

In my Grievance, I informed Ms. Gipe that my termination was not performed in accordance with the Policies written in the W. E. Welch Employee Handbook. ( SEE EXHIBIT A.).

**B.**                          **ADDITIONAL CLAIM**

As I stated in my Initial Claim/Complaint. My termination was not performed in accordance with the written policies of W. E. Welch & Associates.

Here in this Amendment to the above Claim. I will factually show and prove that the Human Resources Manager, Ms. Kim Gipe also violated the Company Policy in reference to my Termination, in accordance with the W. E. Welch & Associates Employee Handbook.

C.      **W. E. Welch & Associates Employee Handbook**

Pursuant to the policy on page 62, Paragraph 1 (Written Warnings). It states as follows :

The Supervisor should discuss the problem and present a written warning to the employee in the presence of a Human Resources Manager. This should clearly identify the problem and outline a course of corrective actions within a specific time frame. The employee should clearly understand both the corrective action and the consequence ( I. E., termination) if the problem is not corrected or reoccurs. The employee should acknowledge receipt

of the warning and incorporate any of their own comments before signing it. A record of the discussion and the employee's comments should be placed in the employee's file in the Human Resources Department. ( SEE EXHIBIT C. )

## POST RESIGNATION / TERMINATION PROCEDURES

**(a). Exit Interview**

The Human Resources Manager is responsible for scheduling an exit interview with a terminating employee on the employee's last day of employment. Before your final paycheck **WILL** BE ISSUED.

D.                    **VIOLATIONS**

Here in this Amendment to the above Claim. The Human Resources Manager, ( Ms. Kim Gipe ) has made two (2) flagrant violations in reference to my Employment Termination.

(1). NEGLIEGENCE IN THE PERFORMANCE OF HER DUTY:

(a). As stated above. The alleged Written Warning was

suppose to have taken place in the presence of the Human Resources Manager, ( Ms. Kim Gipe ). But it was not.

(b). The alleged Written Warning was supposed to have been signed by me in the presence of the Human Resources Manager , ( Ms. Kim Gipe ). But, it was not. ( SEE EXHIBITS A., B., C., and D. ).

## CONSTITUTIONAL VIOLATION

Here in this Claim. Which is presently before the Court. Based on the language used in the Employee Handbook " WILL " ( EXHIBIT C. ). A Liberty Interest under the Fourteenth ( 14th ) Amendment has clearly been established, and Ms. Kim Gipe, ( Human Resources Manger ) has by her actions clearly violated my Rights under the Fourteenth ( 14th ) Amendment.

## E.      ADDITIONAL DEFENDANT

Therefore, here in this Amendment to the above Claim. I, move this Court to add Ms. Kim Gipe, Human Resources Manager for the Defendant, W. E. Welch as an additional Defendant.

Wherefore, in the interest of Justice. I move this Honorable Court to Grant me Leave to Amend the above Claim, to include Ms. Kim Gipe, ( Human Resources Manager ) for W. E. Welch as an additional Defendant in the above Claim.

Respectfully Submitted,

*Johnny Ray Chandler, Sr.*

Johnny Ray Chandler, Sr.
Plaintiff, Pro-Se
1816 New Hampshire Avenue, N.W., Apt. 602
Washington, D.C. 20009

## CERTIFICATE OF SERVICE

I hereby Certify that a True and Correct Copy of the above Motion To Amend Complaint and Supplement the Pleadings, Summons, Initial Complaint, Initial Order, and Proposed Order. Was mailed U.S. Certified Mail, Return Receipt Requested on this 3rd day of April, 2006  TO :

Ms. Kim Gipe
Human Resources Manager
Human Resources Department
W. E. Welch & Associates
2502 Urbana Pike, Suite 200
Ijamsville, Maryland 21754

And

Mr. Jeff Mahoney
W. E. Welch & Associates
2502 Urbana Pike, Suite 200
Ijamsville, MD. 21754

Respectfully Submitted,

*Johnny Ray Chandler, Sr.*

Johnny Ray Chandler, Sr.
Plaintiff, Pro-Se
1816 New Hampshire Avenue, N.W., Apt. 602
Washington, D.C. 20009

## ADDITIONAL RELIEF

As additional relief in this claim. I move this Court to award me the following relief :

(1).    **Punitive Damages** : It be Ordered by this Court. That Ms. Kim Gipe be immediately placed on 45 days suspension without pay. For, Negligence in the performance of her Job Duties, and Violation of my Fourteenth (14th) Amendment Rights.

(2).    **Monetary Relief** : It be ordered that I be awarded $ 25,000.00 from Ms. Kim Gipe in her individual and Official position.

(3).    **Injunctive Relief** : It be Ordered that my employment with W. E. Welch be immediately re-instated at the Same salary of $ 15.00 per hour. With any and all benefits. Plus I receive all back pay from March 6, 2006 to the present date.

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

Johnny Ray Chandler, Sr.                    :

           Plaintiff,                         :
                          :

          VS.                                :  Case No. 06ca002426-B
                          :

W. E. Welch & Associates, et al.,           :

           Defendants.                        :

## ORDER

Upon consideration of the Motion To Amend the Complaint filed by plaintiff, Johnny Ray Chandler, Sr. and there being no opposition there to filed by the defendant.

It is Ordered by this Court that the Motion To Amend the Complaint is hereby on this ____ day of _____, 2006 GRANTED.


_____
Judge

_____
Date