UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Johnny Ray Chandler, Sr.         :
                                 :
            Plaintiff,           :
                                 :
        V.                       : C.A. No. 06- 94( P.L.F. )
                                 :
W. E. Welch & Associates, et al.,:
                                 :
            Defendants.          :

## MOTION FOR JUDGMENT ON THE PLEADINGS

Comes now Plaintiff, Johnny Ray Chandler, Sr. Pursuant to the F.R.C.P. and the Rule of this Court. Respectfully moves this Court to enter a Judgment Ruling on the May 3, 2006 Order that was issued by this Court.

Pursuant to the above Order this Plaintiff was ordered to certify that this Claim is neither frivolous or harassing.

On May 12, 2006 this Plaintiff filed his response to that pending Order. ( SEE EXHIBIT A ).

Wherefore, in the interest of Justice. I, respectfully move this court to grant me LEAVE to pursue the litigation of this Claim.

Respectfully Submitted,

Johnny Ray Chandler, Sr.

RECEIVED

MAY 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Johnny Ray Chandler, Sr. | : |
| Plaintiff, | : |
| V. | : C. A. No. 06-  94 ( P.L.F.) |
| W. E. Welch & Associates, et al., | : |
| Defendants. | : |

### CERTIFICATE OF SERVICE

I, HEREBY CERTIFY THAT A True and Correct copy of the foregoing Motion for Judgment on the Pleadings, Certificate of Service, and the Proposed Order. Were mailed, U.S. First Class Mail, Postage Prepaid on this 25th day of May, 2006, TO :

Mr. Stanley J. Reed, Esquire (D.C. Bar No. 260810)
Lerch, Early & Brewer, Chartered
3 Bethesda Metro Center, Suite 460
Bethesda, Maryland 20814

Counsel For The Defendants

Respectfully Submitted,

Johnny Ray Chandler, Sr.
Plaintiff, Pro-Se
1816 New Hampshire Ave., N.W.
Apt. 602
Washington, D.C. 20009

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Johnny Ray Chandler, Sr.         :
                                 :
         **Plaintiff,**          :
                                 :
V.                               : C.A. No. 06-  94(P.L.F.)
                                 :
W. E. Welch & Associates, et al., :
                                 :
         **Defendants.**         :

ORDER

Upon consideration of the response to the May 3, 2006 Order that was issued by this Court, and there being no opposition filed by the Defendants.

It is hereby Ordered on this _____ day of _____, 2006. That the Plaintiff in this Case is GRANTED LEAVE to file his Claim and proceed forward with the litigation of this case.

_____
Judge, Paul L. Friedman