IN THE UNITED STATES DISTRICT COURT OF
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNNY RAY CHANDLER, SR.     :  | |
| :  | |
|     Plaintiff     :  | |
| :  | |
| v.     :  | C.A. No. 06-794 |
| :  | (Honorable Paul L. Friedman) |
| W.E. WELCH & ASSOCIATES, INC., et al.     :  | |
| :  | |
|     Defendants     :  | |
| :  | |

### DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION
### FOR JUDGMENT ON THE PLEADINGS

Through undersigned counsel, Defendants W.E. Welch & Associates, Inc., Jeff Mahoney, and Kim Gipe (collectively "Defendants") oppose the Motion for Judgment on the Pleadings filed by Plaintiff Johnny Ray Chandler, Sr. as follows:

On May 3, 2006, this Court issued an Order directing the Plaintiff, identified by the Court as a serial filer, to certify by July 7, 2006 that his claims "have never been raised and disposed of on the merits, and also that they are not frivolous or harassing." Thereafter, on May 10, 2006 Defendants filed a Motion for Clarification of the Court's May 3rd Order in which they requested that they not be required to file their responsive pleadings until two weeks after the Court issues a ruling as to the sufficiency of Plaintiff's certification.

Before the Court ruled on Defendants' Motion for Clarification, however, Plaintiff filed a certification on May 16, 2006, followed on its heels by a Motion for Judgment on the Pleadings filed on or about May 25, 2006. Plaintiffs' Motion for Judgment on the Pleadings should be rejected because the Court has not yet ruled that Plaintiff may even proceed in this matter, and Defendants have reasonably requested that they not be required to respond unless and until the Court determines that Plaintiff may proceed. There are no the "pleadings" in this case other than

Plaintiff's Amended Complaint, and until the Court determines that Plaintiff may proceed in this matter, there is no pending claim to which Defendants must respond. Accordingly, Plaintiff is not entitled to a judgment on the pleadings.[1]

>
> Respectfully submitted,
>
> LERCH, EARLY & BREWER, CHARTERED
>
> /S/
> ───────────────────────────
> Stanley J. Reed, Esquire (D.C. Bar No. 260810)
> 3 Bethesda Metro Center, Suite 460
> Bethesda, MD 20814
> 301-986-1300
> 301-986-0332 (Facsimile)
> *Attorneys for W.E. Welch & Associates, Inc.*
>   *Jeff Mahoney and Kim Gipe*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of June 2006, I caused a copy of the foregoing to be served via first-class mail, postage prepaid on:

Mr. Johnny Ray Chandler, Sr. (*pro se*)
1816 New Hampshire Avenue, N.W.
Apt. 602
Washington, D.C. 20009

>
> /S/
> ───────────────────────────
> Stanley J. Reed

#597440v1

---

[1] Defendants note that Plaintiff has engaged in the same pattern of serial filing (i.e., filing a Motion for a Default Judgment before the Court has even determined that Plaintiff's claim may proceed) in Chandler v. District of Columbia, Civil Action No. 06-0664 (PLF), a separate case which is also currently before this Court.

2

**IN THE UNITED STATES DISTRICT COURT OF**
**THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHNNY RAY CHANDLER, SR. : <br> : <br> Plaintiff : <br> : <br> v. : <br> : <br> W.E. WELCH & ASSOCIATES, INC., et al. : <br> : <br> Defendants : <br> : | C.A. No. 06-794 <br> (Honorable Paul L. Friedman) |

## ORDER

Upon consideration of the foregoing Opposition to Plaintiff's Motion for Judgment on the Pleadings, it is, this _____ day of June 2006.

**ORDERED** that Plaintiff's Motion for Judgment on the Pleadings is **DENIED**.

---
JUDGE PAUL L. FRIEDMAN
United States District Judge

Copies to:

Stanley J. Reed, Esquire
Lerch, Early & Brewer, Chtd.
3 Bethesda Metro Center, Suite 460
Bethesda, MD 20814


Mr. Johnny Ray Chandler, Sr. (*Pro se*)
1816 New Hampshire Avenue, N.W.
Apt. 602
Washington, D.C. 20009