**IN THE UNITED STATES DISTRICT COURT OF
THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHNNY RAY CHANDLER, SR. : | |
| : | |
| Plaintiff : | |
| : | |
| v. : | C.A. No. 06-794 |
| : | (Honorable Paul L. Friedman) |
| W.E. WELCH & ASSOCIATES, INC., et al. : | |
| : | |
| Defendants : | |
| : | |

**ENTRY OF APPEARANCE**

Please enter the appearance of William A. Goldberg, Esq., of Lerch, Early & Brewer, Chartered, as additional counsel for Defendants, W.E. Welch & Associates, Inc., Jeff Mahoney and Kim Gipe, in the above-captioned matter.

                                        Respectfully submitted,

                                        /S/
                             William A. Goldberg, Esq. (D.C. Bar No. 477534)
                             3 Bethesda Metro Center, Suite 460
                             Bethesda, MD 20814
                             301-907-2813
                             301-347-3743 (Facsimile)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of June 2006, I caused a copy of the foregoing to be served via first-class mail, postage prepaid on:

Mr. Johnny Ray Chandler, Sr. (*pro se*)
1816 New Hampshire Avenue, N.W.
Apt. 602
Washington, D.C. 20009

                                        /S/
                             William A. Goldberg

601532v1