# EXHIBIT A

# W.E. WELCH & ASSOCIATES, INC.
## MECHANICAL CONTRACTORS

# EMPLOYEE HANDBOOK

# W.E. WELCH & ASSOCIATES, INC.
## MECHANICAL CONTRACTORS

# EMPLOYEE HANDBOOK

Employee's Name: _____

Date: _____

## Table of Contents

| | Page |
|---|---|
| FOREWORD | 4 |
| A. INTRODUCTION | |
|   1. Equal Employment Opportunity Policy Statement | 7-8 |
|   2. Non-Discrimination and Anti-Harassment Policy | 8 |
|   3. Sexual Harassment Policy | 8-9 |
|   4. Americans with Disabilities Act Policy Statement | 9-10 |
|   5. Substance Abuse Policy | 10-15 |
|   6. Conflict of Interest and Outside Employment Statement | 16-17 |
|   7. Confidential Nature of Work | 17-18 |
| B. EMPLOYMENT | |
|   1. Initial Employment Period | 19 |
|   2. Employee Status | 19-20 |
|   3. Employment Categories | 21-24 |
|   4. Transfers and Promotions | 24-25 |
| C. COMPENSATION | |
|   1. Performance Management and Compensation Programs | 26 |
|   2. Payment of Salary | 26-27 |
|   3. Overtime Pay | 27 |
|   4. Time Records | 27-28 |
|   5. Employee Referral Program | 28 |
|   6. Personnel Records | 28-29 |
| D. TIME OFF | |
|   1. Vacation | 30 |
|   2. Personal Time | 31 |
|   3. Holidays | 31 |
|   4. Jury Duty | 32 |
|   5. Military Leave | 32-34 |
|   6. Absence Due to Illness | 35 |
|   7. Leave under the Family and Medical Leave Act ("FMLA") | 35-39 |
|   8. Child Care Leave Policy | 39-40 |
|   9. Parental Leave Policy | 40-41 |
|   10. Leave of Absence without Pay | 41-42 |

Published 10/03
Revised 6/04
Revised 10/05

Table of Contents (continued)

|  | Page |
|---|---|
| E. EMPLOYEE BENEFITS | |
|   1. Disclaimer | 43 |
|   2. Health Insurance | 43-44 |
|   3. Group Life Insurance | 44 |
|   4. Workers' Compensation Benefits | 44 |
|   5. 401(k) Plan/Profit Sharing Plan | 45 |
| F. ON-THE-JOB | |
|   1. General Policies and Procedures | 46 |
|   2. Attendance, Punctuality and Dependability | 47 |
|   3. Drug and Alcohol Abuse | 47-48 |
|   4. Appearance and Conduct | 48 |
|   5. Anti-Nepotism & Employment of Relatives Policy | 48-49 |
|   6. Romantic or Sexual Relationships | 49-50 |
|   7. Violence in the Workplace | 50 |
|   8. Open Door Policy | 51 |
|   9. Constructive Ideas | 51 |
|   10. Internal Complaint Procedures | 51 |
|   11. Solicitations, Distributions, and Use of Bulletin Boards | 51-52 |
|   12. E-mail and Internet Policy | 52-54 |
|   13. Employer Information and Property | 54 |
|   14. Voice Mail Policy | 54-56 |
|   15. Use of Company Equipment and Computer Systems | 56 |
|   16. Use of Company Vehicles | 57 |
|   17. Telephone use | 57-59 |
|   18. Internal Investigations and Searches | 59 |
|   19. Reference Checks | 60 |
|   20. Smoking Policy | 60 |
|   21. Tape Recording Policy | 60-61 |
|   22. Tuition Reimbursement Policy | 61 |
| G. COMPANY DEPARTURE | |
|   1. Resignation | 62 |
|   2. Dismissals | 62-64 |
|     Immediate Dismissals Misconduct | |
|     Dismissals Other Than Immediate Termination | |
|   3. Post Resignation/Termination Procedures | 64 |
| RECEIPT FOR EMPLOYEE HANDBOOK | 65 |
| ACKNOWLEDGEMENT OF SUBSTANCE ABUSE POLICY/ DRUG TESTING POLICY | 66-67 |

Published 10/03
Revised 6/04
Revised 10/05

## FOREWORD

W.E. Welch & Associates Inc. (WEWAI), headquartered in Ijamsville, Maryland is a client oriented merit shop Mechanical Contractor providing plumbing, heating and air conditioning work on a design-build and build-construct basis within the immediate Virginia-Maryland-Washington, D.C.- Baltimore metropolitan area. Founded in October 1995, WEWAI's completed and current work includes mechanical systems for multi-family residential townhouse, apartment, and condominium projects, institutional private school and church projects, and commercial base building office building, office tenant fit-out, hotel, bank, restaurant, and service retail projects.

Whether you have just joined our staff or have been at WEWAI for a while, we are confident that you will find our company a dynamic and rewarding place in which to work, and we look forward to a productive and successful association. We consider the employees of WEWAI to be one of its most valuable resources. This manual has been prepared to help you understand some of the general policies, working rules, and benefit plans that WEWAI offers. This manual shall serve as the guide for our employer/employee relationship.

As you read on please be advised that there are several things that are important to keep in mind about this handbook.

First, it contains only general information and guidelines. It is not intended to be comprehensive or to address all the possible applications of, or exceptions to, the general policies and procedures described. For that reason, if you have any questions concerning eligibility for a particular benefit, or the applicability of a policy or practice to you, you should address your specific questions to our Human Resources Manager. Furthermore, neither this handbook nor any other WEWAI document, confers any contractual right, either express or implied, to remain in the WEWAI's employment. Nor does this handbook guarantee any fixed terms and conditions of your employment. Your employment is for no specific designated period of time and may be terminated at will, with or without cause and without prior notice, by WEWAI, or you may terminate your employment for any reason at any given time. No supervisor or other representative of WEWAI (except the President) has the authority to enter into any agreement for employment for any specified period of time, or to make any agreement contrary to the above.

Second, the procedures, practices, policies and benefits described herein were current when published, but may be changed or terminated without notice as necessary at any time. WEWAI will try to inform you of any changes as they occur.

Third, this handbook and the information contained herein should be treated as proprietary and confidential. Therefore, no portion of the contents of this handbook should be disclosed with others, except WEWAI employees and others affiliated with WEWAI whose knowlege of the information is required in the normal course of business.

Finally, some of the subjects described here are covered in detail in other WEWAI official policy documents. Please refer to these documents for specific information, since this handbook only

Published 10/03
Revised 6/04
Revised 10/05

4

briefly summarizes those benefits. Also, please note that the terms of all issued written insurance policies are controlling.

Published 10/03
Revised 6/04
Revised 10/05

5