IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

JOHNNY RAY CHANDLER, SR.              :
    *Plaintiff*,                              :
                                           :
v.                                    :  Case No. 06-794
                                           :  (Honorable Paul L. Friedman)
W.E. WELCH & ASSOCIATES, INC., et al. :
    *Defendants*.                           :

## ORDER

Upon consideration of Defendants Motion to Dismiss the Complaint for Failure to State a Claim Upon Which Relief May Be Granted, the Opposition thereto, and the argument of counsel, it is this _____ day of _____ 2007 hereby

    **ORDERED**, that Defendant's Motion be, and hereby is, GRANTED; and it is further

    **ORDERED**, that the Complaint be and hereby is dismissed with prejudice.

                                              _____
                                              Federal District Court Judge Paul L. Friedman

LAW OFFICES
LERCH, EARLY & BREWER
CHARTERED
SUITE 460
3 BETHESDA METRO CENTER
BETHESDA, MARYLAND 20814-5367
(301) 986-1300