IN THE UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA

JOHNNY RAY CHANDLER, SR.                :
    *Plaintiff*,                                              :
                                                                 :
v.                                                                    :   C.A. No. 06-794
                                                                 :   (Honorable Paul L. Friedman)
W.E. WELCH & ASSOCIATES, INC., *et al.*   :
    *Defendants*.                                          :

## LINE

Through undersigned counsel, defendants W.E. Welch & Associates, Inc. ("W.E. Welch"), Jeff Mahoney ("Mahoney") and Kim Gipe ("Gipe") (collectively "Defendants") file this Line to notify the Court that, despite their best efforts, they have been unable to complete service of their recently filed (1) Motion to Dismiss the Complaint under Fed. R. Civ. Pro. 12(b)(6) for failure to state a claim upon which relief may be granted, and (2) Memorandum of Law in support thereof (collectively the "Motion to Dismiss").

Attached hereto as ***Exhibit A*** is the Certificate of Service that accompanied the Motion to Dismiss. As indicated therein, in an abundance of caution, Defendants attempted to serve the Motion to Dismiss by sending it <u>both</u> to the address that Plaintiff listed in his pleadings (1816 New Hampshire Ave., NW., Apt. 602, Washington, D.C. 20009), as well as to the District of Columbia Detention Facility (1901 D Street, SE, Washington, DC 20003), where Defendants had been reason to belief that Plaintiff was located.[1] Nevertheless, both of these service copies were recently returned to Defendant as undeliverable because, apparently, Plaintiff does not reside or cannot be found at either location.

---

[1] The Court's December 19, 2006 electronic notification of its Minute Order granting Defendant's Motion for Extension of Time up to and including January 5, 2007 to respond to the Complaint stated that notice to Plaintiff would be sent to that address.

LAW OFFICES
LERCH, EARLY & BREWER
CHARTERED
SUITE 460
3 BETHESDA METRO CENTER
BETHESDA, MARYLAND 20814-5367
(301) 986-1300

Thus, despite their good faith efforts to serve the Motion to Dismiss in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court, Defendants have been unable to serve Plaintiff.

Respectfully submitted,

LERCH, EARLY & BREWER, CHARTERED

/S/
Stanley J. Reed, Esquire (D.C. Bar No. 260810)
William A. Goldberg (D.C. Bar No. 477534)
3 Bethesda Metro Center
Suite 460
Bethesda, MD 20814
301-986-1300
301-986-0332 (Facsimile)
*Attorneys for W.E. Welch & Associates, Inc.*
  *Jeff Mahoney and Kim Gipe*

656324v1