## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of January 2007, the foregoing was sent via first-class mail, postage prepaid, to:

Mr. Johnny Ray Chandler, Sr. (*pro se*)
1816 New Hampshire Avenue, N.W.
Apt. 602
Washington, D.C. 20009

Johnny Ray Chandler, Sr.
DC 174-730
D.C. DETENTION FACILITY
1901 D Street, SE
Washington, DC 20003

                                                  /S/
                                    William Goldberg

586043v1

LAW OFFICES
LERCH, EARLY & BREWER
CHARTERED
SUITE 460
3 BETHESDA METRO CENTER
BETHESDA, MARYLAND 20814-5367
—
(301) 986-1300

EXHIBIT A