**IN THE UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA**

JOHNNY RAY CHANDLER, SR.      :

     *Plaintiff,*           :

                                 :

v.                           :      C.A. No. 06-794

                                 :      (Honorable Paul L. Friedman)

W.E. WELCH & ASSOCIATES, INC., *et al.*   :

                                 :

     *Defendants.*          :

_____:

## NOTICE OF SERVICE

    Through undersigned counsel, defendants W.E. Welch & Associates, Inc. ("W.E. Welch"), Jeff Mahoney ("Mahoney") and Kim Gipe ("Gipe") (collectively "Defendants") file this Notice of Service certifying that on March 8, 2007, Defendants served (1) their motion to dismiss the Complaint under Fed. R. Civ. Pro. 12(b)(6) for failure to state a claim upon which relief may be granted; and (2) their memorandum of law in support thereof (collectively, the "Motion to Dismiss") on Plaintiff Johnny Ray Chandler, Sr. ("Plaintiff").

    Defendants previously filed a Line notifying the Court that despite their best effort to serve the Plaintiff when they filed the Motion to Dismiss on January 5, 2007, they were unable to complete service because Plaintiff was no longer residing or could not be at found at his two last known addresses. A copy of this filing is attached hereto as ***Exhibit A***. On March 7, 2007, however, undersigned counsel received a letter from Plaintiff in which he provided his new address. Accordingly, on March 8, 2007, undersigned counsel served the Motion to Dismiss on Plaintiff by first class mail, postage pre-paid, at his new address:

> Johnny Ray Chandler, Sr.
> Fed. Reg. No. 11977-007
> FCC Petersburg – Medium
> P.O. Box 90043
> Petersburg, Virginia 23804

LAW OFFICES
LERCH, EARLY & BREWER
CHARTERED
SUITE 460
3 BETHESDA METRO CENTER
BETHESDA, MARYLAND 20814-5367
—
(301) 986-1300

Respectfully submitted,

LERCH, EARLY & BREWER, CHARTERED


_____/S/_____
Stanley J. Reed, Esquire (D.C. Bar No. 260810)
William A. Goldberg (D.C. Bar No. 477534)
3 Bethesda Metro Center
Suite 460
Bethesda, MD 20814
301-657-0177
301-347-1796 (Facsimile)
*Attorneys for W.E. Welch & Associates, Inc.*
    *Jeff Mahoney and Kim Gipe*

664397v1

LAW OFFICES
LERCH, EARLY & BREWER
CHARTERED
SUITE 460
3 BETHESDA METRO CENTER
BETHESDA, MARYLAND 20814-5367
—
(301) 986-1300

2

**IN THE UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA**

JOHNNY RAY CHANDLER, SR.        :
                                       :

     *Plaintiff,*                   :
                                       :

v.                                   :     C.A. No. 06-794
                                   :     (Honorable Paul L. Friedman)

W.E. WELCH & ASSOCIATES, INC., *et al.*   :
                                       :

     *Defendants.*               :

_____:

### LINE

    Through undersigned counsel, defendants W.E. Welch & Associates, Inc. ("W.E. Welch"), Jeff Mahoney ("Mahoney") and Kim Gipe ("Gipe") (collectively "Defendants") file this Line to notify the Court that, despite their best efforts, they have been unable to complete service of their recently filed (1) Motion to Dismiss the Complaint under Fed. R. Civ. Pro. 12(b)(6) for failure to state a claim upon which relief may be granted, and (2) Memorandum of Law in support thereof (collectively the "Motion to Dismiss").

    Attached hereto as ***Exhibit A*** is the Certificate of Service that accompanied the Motion to Dismiss. As indicated therein, in an abundance of caution, Defendants attempted to serve the Motion to Dismiss by sending it <u>both</u> to the address that Plaintiff listed in his pleadings (1816 New Hampshire Ave., NW., Apt. 602, Washington, D.C. 20009), as well as to the District of Columbia Detention Facility (1901 D Street, SE, Washington, DC 20003), where Defendants had been reason to belief that Plaintiff was located.[1] Nevertheless, both of these service copies were recently returned to Defendant as undeliverable because, apparently, Plaintiff does not reside or cannot be found at either location.

---

[1]    The Court's December 19, 2006 electronic notification of its Minute Order granting Defendant's Motion for Extension of Time up to and including January 5, 2007 to respond to the Complaint stated that notice to Plaintiff would be sent to that address.

**EXHIBIT**

**A**

Thus, despite their good faith efforts to serve the Motion to Dismiss in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court, Defendants have been unable to serve Plaintiff.

Respectfully submitted,

LERCH, EARLY & BREWER, CHARTERED

_____/S/_____
Stanley J. Reed, Esquire (D.C. Bar No. 260810)
William A. Goldberg (D.C. Bar No. 477534)
3 Bethesda Metro Center
Suite 460
Bethesda, MD 20814
301-986-1300
301-986-0332 (Facsimile)
*Attorneys for W.E. Welch & Associates, Inc.*
   *Jeff Mahoney and Kim Gipe*

656324v1