UNITED STATES DISTRICT COURT
for the District of Columbia
CIVIL DIVISION

Johnny Ray Chandler, Sr. :
:
       Plaintiff, :
:
V. : Case No. 06-cv-794( P.L.F.)
:
W.E. Welch & Associates, et al., :
:
       Defendants. :
:
_____ :

## PLAINTIFFS' REBUTTAL MOTION TO THE DEFENDANTS PENDING MOTION TO DISMISS THE COMPLAINT

   Comes now Plaintiff, johnny Ray Chandler, Sr. Proceeding Pro-Se. Pursuant to the Fed. R. Civ. Pro. and the Rules of the Court. Respectfully moves this Honorable Court to accept into the Record his rebuttal to the Defendants pending Motion to dismiss the Complaint.

   In support of this Motion. Plaintiff referrs this Court to the following Memorandum of Points and Authorities.

                    Respectfully Submitted,
                    *Johnny Ray Chandler, Sr.*
                    Johnny Ray Chandler, Sr.
                    Plaintiff Pro-Se
                    FCC Petersburg - Medium
                    P.O. BOX 90043
                    Petersburg, Va. 23804

**RECEIVED**

APR - 4 2006

**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

1.

UNITED STATES DISTRICT COURT
for the District of Columbia

Johnny Ray Chandler, Sr.          :
                                  :
            Plaintiff,            :
                                  :
        V.                        :  Case No. 06-cv-794(P.L.F.)
                                  :
W.E. Welch & Associates, et al.,  :
                                  :
            Defendants.           :
_____:

## MEMORANDUM OF POINTS AND AUTHORITIES

**A.**                     **ARGUMENT**

   Plaintiff, Johnny Ray Chandler, Sr. Proceeding Pro-Se. Respectfully moves this Honorable Court to accept into the Record his rebuttal Motion to the Defendants pending Motion to Dismiss the Complaint.

   This Complaint/Claim was initially filed in the Superior Court of the District of Columbia. Due to Diversity, this case was transfered to this Court.

   In the Defendants Motion. Through the use of artful pleading they are attempting to pursuade and manipulate this Court into beleaving that this Plaintiff has filed a claim for Breach of Contract, (SEE Motion to Dismiss Id. at 3,4,5).

   Plaintiff never mentioned anywhere in the Complaint that this was a Claim for Breach of Contract. Plaintiffs' Claim is for violation of the W. E. Welch Employment Policy, ( SEE Exhibits).

**B.**                **DISCRIMINATION CLAIM**

   Once again through artful pleading. Defendants Counsel is attempting to manipulate this Court with the use of double talk. To dismiss Plaintiffs' Complaint. First, the start off by stating that Plaintiff protested his termination through a written Administrative Appeal/Grievance, to the Human Resources Dept. Manager, Ms. Kim Gipe, See Motion Id. at 2. Then, they alleged that Plaintiff failed to allege that he took the proper administrative steps that are required prior to filing an employment discrimination claim in Court, See Motion Id. at 7.

**C.**                **EQUAL PROTECTION CLAIM**

   Here in this section of his Rebuttal Motion. Plaintiff would like to referr this Court to the initial Complaint. In the Complaint, Plaintiff factually alleged that one of the other employees (Sheetmetal Workers), by the name of Gary received a written warning for his job performance

2.

Also, he was not terminated as a result of that written Notice. Plaintiff on the other hand. I, never received a written Notice. But, my employment was terminated. Under the Fourteenth (14th) Amendment of the United States Constitution. It clearly states that : " **ALL PERSONS SIMILARLY SITUATED SHOULD BE TREATED EQUALLY.** I, was Similarly situated with the other Sheetmetal Worker. But, I did not receive Equal Treatment.

Wherefore, in the interest of Justice. I Plaintiff, Johnny Ray Chandler, Pro-Se. Respectfully moves this Court to award him the relief he sought in his initial Complaint.

Respectfully Submitted,

Johnny Ray Chandler, Sr.
Fed. Reg. No. 11977-007
FCC Petersburg - Medium
P.O. BOX 90043
Petersburg, Virginia 23804

## CERTIFICATE OF SERVICE

I, hereby certify that a true and correct copy of the foregoing Rebuttal Motion, was mailed. U.S. First Class Mail, postage Pre-Paid on this 30th day of March, 2007 TO :

Mr. Stanley J. Reed, (Counsel for Defendants)
Lerch, Early & Brewer, Chartered
3 Bethesda Metro Center
Suite 460
Bethesda, Maryland 20814-5367

Respectfully Submitted,

Johnny Ray Chandler, Sr.
Plaintiff, Pro-Se
Fed. Reg. No. 11977-007
FCC Petersburg - Medium
P.O. BOX 90043
Petersburg, Virginia 23804

3.