UNITED STATES DISTRICT COURT
for the District of Columbia

Johnny Ray Chandler, Sr.

        Plaintiff,

V.

W.E. Welch & Associates, et al.,

        Defendants.

Case No. 06-cv-794(P.L.F.)

ORDER

Upon consideration of the Motion filed by the Plaintiff, Johnny Ray Chandler, Sr. and any opposition thereto.

It is hereby **ORDERED** on this ____day of _____,2007. That the Defendants pending Motion to Dismiss the Complaint for failure to state a claim is hereby denied;

It is furthered **ORDERED** that this Case is to go through the full and complete litigation process.

_____
Federal District Court Judge Paul L. Friedman

_____
DATE