UNITED STATES DISTRICT COURT
for the District of Columbia

Civil Division

Johnny Ray Chandler, Sr.  :
       Plaintiff,  :
       V.  : Case No. 06-cv-794 (P.L.F.)
W.E. Welch & Associates, et al.,  :
       Defendants.  :

## MOTION TO AMEND COMPLAINT AND SUPPLEMENT THE PLEADINGS

   Comes now Plaintiff, Johnny Ray Chandler, Sr. Pursuant to Rule 6 of the Fed. R. Civ. Pro. and the Rules of this Court. Respectfully moves this Honorable Court to GRANT him LEAVE to Amend the above Complaint.

   In support of this Motion. Plaintiff referrs this Court to the following Memorandum of Points and Authorities.

Respectfully Submitted,

*Johnny Ray Chandler, Sr.*
Johnny Ray Chandler, Sr.
Plaintiff, Pro-Se
Fed Reg. No. 11977-007
FCC Petersburg - Medium
P.O. BOX 90043
Petersburg, Virginia 23804

**RECEIVED**

APR - 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1.

UNITED STATES DISTRICT COURT
for the District of Columbia

Johnny Ray Chandler, Sr.              :
              Plaintiff,              :
                                      :
          V.                          : Case No. 06-cv-794 (P.L.F.)
                                      :
W.E. Welch & Associates, et al.,      :
              Defendants.             :

## MEMORANDUM OF POINTS AND AUTHORITIES

   Plaintiff, Johnny Ray Chandler, Sr. Proceeding Pro-Se. Respectfully moves this Honorable Court to Grant him Leave to Amend the Complaint. This Complaint was initially filed in the Superior Court of the District of Columbia. But, due to issues of Diversity. It was latter transferred to this Court.
   In Plaintiffs' initial Complaint. He stated that he was terminated from his employment and that termination was not in accordance with the Employee Handbook.
   Here in this Amendment to the above Claim. Plaintiff would like to add a Fifth (5th) Amendment Due Process Violation to his pending Claim.
   The Fifth Amendment of the Constitution mandates that :

" NO PERSON SHALL BE DEPRIVED OF LIFE LIBERTY OR PROPERTY WITHOUT
              DUE PROCESS OF LAW."

   Here in this Complaint which is presently before the Court. Plaintiff was deprived of his Liberty interest. But, was not afforted any Due Process.
   Wherefore, in the interest of Justict. Plaintiff respectfullymoves this Court to Grant him Leave to Ament the above Complaint to enclude a Due Process violation under the Fifth (5th) Amendment.

                    Respectfully Submitted,
                    *Johnny Ray Chandler, Sr.* (signature)
                    Johnny Ray Chandler, Sr.
                         Plaintiff, Pro-Se
                    Fed. Reg. No. 11977-007
                    FCC Petersburg - Medium
                         P.O. BOX 90043
                    Petersburg, Virginia 23804

2.

## CERTIFICATE OF SERVICE

I, hereby certify that a true and correct copy of the foregoing Motion to Amend the Complaint, the Certificate of Service and the Proposed ORDER were mailed U.S. First Class Mail postage pre-paid on this 30th day of March, 2007 TO :

Mr. Stanley J. Reed, Esquire
3 Bethesda Metro Center
Suite 460
Bethesda, Maryland 20814
Attorney for W.E. Welch & Associates
Mr. Jeff Mahoney and Ms Kim Gipe

Respectfully Submitted,

Johnny Ray Chandler, Sr.
Plaintiff, Pro-Se
Fed Reg No. 11977-007
FCC Petersburg - Medium
P.O. BOX 90043
Petersburg, Virginia 23804

4.