UNITED STATES DISTRICT COURT
for the District of Columbia

Civil Division

Johnny Ray Chandler, Sr.  :
       Plaintiff,  :
       V.  : Case No. 06-cv-794 (P.L.F.)
W.E. Welch & Associates, et al., :
       Defendants.  :

## ORDER

Upon consideration of the Plaintiffs' pending Motion to Amend the Complaintiff and the opposition thereto.

It is hereby **ORDERED** ON THIS ____day of _____, 2007. That the Motion to Amend the Complaint that was filed by the Plaintiff is hereby **GRANTED**. It is further **ORDERED** that the Defendants shall respond to the amended Complaint on or before May 15, 2007.

                                          United States District Court Judge Paul L. Friedman