IN THE UNITED STATES DISTRICT COURT OF
THE DISTRICT OF COLUMBIA

JOHNNY RAY CHANDLER, SR.  :
:
*Plaintiff*,  :
:
v.  :  C.A. No. 06-794
:  (Honorable Paul L. Friedman)
W.E. WELCH & ASSOCIATES, INC., et al.  :
:
*Defendants*.  :
_____  :

## DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO AMEND THE COMPLAINT

Through undersigned counsel, Defendants W.E. Welch & Associates, Inc., Jeff Mahoney, and Kim Gipe (collectively "Defendants") oppose the Motion to Amend the Complaint and Supplement the Pleadings filed by Plaintiff Johnny Ray Chandler, Sr. ("Plaintiff") as follows:

Plaintiff seeks leave to amend his complaint to add a purported cause of action alleging a Fifth Amendment due process violation, presumably arising from Defendants' termination of his employment. The Court should deny Plaintiff's motion because the proposed amendment would be hopelessly futile. *See James Madison, Ltd v. Ludwig*, 82 F.3d 1085, 1099 (D.C. Cir. 1997) ("Courts may deny a motion to amend a complaint as futile . . . if the proposed claim would not survive a motion to dismiss."); *Newland v. Dalton*, 81 F.3d 904, 907 (9th Cir. 1996) ("district courts need not accommodate futile amendments.").

Plaintiff's proposed amendment is plainly futile, because it attempts to allege a Fifth Amendment violation against Defendants, who are private parties. Due process claims require state action, however, and only the federal government is subject to a Fifth Amendment due process challenge. *See Canadian Transport Co. v. U.S.*, 663 F.2d 1081, 1093 (D.C. Cir. 1980)

LAW OFFICES
LERCH, EARLY & BREWER
CHARTERED
SUITE 460
3 BETHESDA METRO CENTER
BETHESDA, MARYLAND 20814-5367

(301) 986-1300

672140v1                    1

("private citizens, acting in their private capacities, cannot be guilty of violating due process rights. The Fifth Amendment is a restraint on the federal government, not on private citizens."); *Desiderio v. Nat'l Assoc. of Sec. Dealers*, 191 F.3d 198 (2d. Cir. 1999) (holding that Fifth Amendment due process claims require deprivation by state action), *cert. denied*, 531 U.S. 1069.

In this case, Defendants are private parties and there is no allegation or reasonable argument that they are state actors, or that with respect to Plaintiff, they acted on behalf of the federal government. Plaintiff, therefore, cannot state a claim against Defendants for a violation of his Fifth Amendment rights. Plaintiff's proposed amendment is futile, and the court should deny his motion to amend the complaint.

Respectfully submitted,

LERCH, EARLY & BREWER, CHARTERED

/S/
Stanley J. Reed, Esquire (D.C. Bar No. 260810)
William A. Goldberg (D.C. Bar No. 477534)
3 Bethesda Metro Center, Suite 460
Bethesda, MD 20814
301-657-0177
301-347-1796 (Facsimile)
*Attorneys for W.E. Welch & Associates, Inc.*
  *Jeff Mahoney and Kim Gipe*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of April 2007, I caused a copy of the foregoing to be served via first-class mail, postage prepaid on:

Mr. Johnny Ray Chandler, Sr. (*pro se*)
Fed. Reg. No. 11977-007
FCC Petersburg – Medium
P.O. Box 90043
Petersburg, Virginia 23804

/S/
Stanley J. Reed

LAW OFFICES
LERCH, EARLY & BREWER
CHARTERED
SUITE 460
3 BETHESDA METRO CENTER
BETHESDA, MARYLAND 20814-5367

(301) 986-1300

672140v1                                    2

IN THE UNITED STATES DISTRICT COURT OF
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNNY RAY CHANDLER, SR. | : |
| Plaintiff | : |
| v. | : C.A. No. 06-794 |
| | : (Honorable Paul L. Friedman) |
| W.E. WELCH & ASSOCIATES, INC., et al. | : |
| Defendants | : |

## ORDER

Upon consideration of the foregoing Opposition to Plaintiff's Motion to Amend the Complaint and Supplement the Pleadings, it is, this _____ day of _____ 2007.

**ORDERED** that Plaintiff's Motion to Amend the Complaint and Supplement the Pleadings is **DENIED**.

_____
JUDGE PAUL L. FRIEDMAN
United States District Judge

Copies to:

Stanley J. Reed, Esquire
William A. Goldberg, Esquire
Lerch, Early & Brewer, Chtd.
3 Bethesda Metro Center, Suite 460
Bethesda, MD 20814

Mr. Johnny Ray Chandler, Sr. (*Pro se*)
Fed. Reg. No. 11977-007
FCC Petersburg – Medium
P.O. Box 90043
Petersburg, Virginia 23804

LAW OFFICES
LERCH, EARLY & BREWER
CHARTERED
SUITE 460
3 BETHESDA METRO CENTER
BETHESDA, MARYLAND 20814-5367

(301) 986-1300

672140v1

3