United States District Court
for the District of Columbia

Civil Division

Johnny Ray Chandler, Sr.

    Plaintiff,

  V.    Civil Action No. 06-cv-0794 (P.L.F.)

W.E. Welch & Assoc., et al.,

    Defendants.

**RECEIVED**
MAY 11 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Plaintiffs' Request for an Extention of Time
To File his Response Motion

Comes now Plaintiff, Johnny Ray Chandler, Sr. Proceeding Pro-Se, Respectfully moves this Court to Grant him an extention of time to file his respon to this Courts Order of May 1, 2007 up to and including June 30, 2007.

    Respectfully Submitted,

    Johnny Ray Chandler, Sr.

# Certificate of Service

I hereby certify that a true and correct copy of the foregoing Motion for Extention of Time and the Certificate of Service were mailed, U.S. First Class Mail Postage prepaid on this 9th day of May, 2007, TO:

CC: Mr. Stanley J. Reed, Esquire
Lerch, Early & Brewer, Chartered
3 Bethesda Metro Center
Suite 460
Bethesda, Maryland 20814-5367

Respectfully Submitted,

Johnny Ray Chandler, Sr.