United States District Court
for the District of Columbia

Civil Division

Johnny Ray Chandler, Sr.,

    Plaintiff, Pro-Se,

V.        Civil Action No. 06-cv-794 (P.L.F.)

W.E. Welch & Associates, et al.,

    Defendants.

RECEIVED
MAY 16 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Plaintiffs' Motion Requesting an Extention
of Time to File Response Motion

    Comes now Plaintiff, Johnny Ray Chandler, Sr. Proceeding Pro-Se, Pursuant to the Fed. R. Civ. Pro. and the Rules of this Court, Respectfully moves this Court to Grant me an Extention of Time to respond to this Courts Order of May 1, 2007.

    In support of this Motion, Plaintiff refers this Court to the following Memorandum of Points and Authorities.

1.

Memorandum of Points and Authorities in support of Plaintiffs' Request for an Extention of Time to file Response

Plaintiff, Johnny Ray Chandler, Sr. Proceeding Pro-Se, Respectfully moves this Court to Grant him an Extention of time, up to and including June 30, 2007. To respond to this Courts Order of May 1, 2007

On May 1, 2007. This Court issued an Order, (Document No. 18). Ordering Plaintiff to file additional material pertinent to the pending Motion for Summary Judgment., (See Exhibit A.)

Plaintiff is presently being held in the S.H.U. (Special Housing Unit), here at the FCC Petersburg-Medium Facility. The Segregation Unit here at this facility does not have a Law Library. Therefore, I Plaintiff am unable to do the necessary research to properly respond to Defendants pending Motion. Furthermore, I Plaintiff am due to be released back to the General Population on or before June 1, 2007 Moreover, this is Plaintiffs' First request for an Extention in this Claim.

3.

Wherefore, in the interest of Justice, Plaintiff moves this Honorable Court to Grant me an Extention of time, up to and including June 30, 2007 to respond to this Courts Order of May 1, 2007

Respectfully Submitted,

Johnny Ray Chandler, Sr.

Fed. Reg. No. 11977-007
FCC Petersburg - Medium
P.O. Box 90043
Petersburg, Va. 23804-9003

Respectfully Submitted,

Johnny Ray Chandler, Sr.

Certificate of Service

I hereby certify that a true and correct copy of the Motion for Extention of Time, the Certificate of Service and Exhibit, was mailed, U.S. First Class Mail, postage prepaid, on this __10th__ day of May, 2007, To:

Mr. Stanley J. Reed, Esquire
Attorney for Welch, Mahoney and Gipe
3 Bethesda Metro Center
Suite 460
Bethesda, MD. 20814-5367

Respectfully Submitted,

Johnny Ray Chandler, Sr.

2.

Exhibit A.



DCD_ECFNotice@dcd.uscourts.gov
05/01/2007 04:49 PM

To  DCD_ECFNotice@dcd.uscourts.gov
cc
bcc
Subject  Activity in Case 1:06-cv-00794-PLF CHANDLER v. W.E. WELCH & ASSOCIATES, INC. et al Order

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

## U.S. District Court

## District of Columbia

### Notice of Electronic Filing

The following transaction was entered on 5/1/2007 at 4:49 PM and filed on 5/1/2007
**Case Name:** CHANDLER v. W.E. WELCH & ASSOCIATES, INC. et al
**Case Number:** 1:06-cv-794
**Filer:**
**Document Number:** 18

**Docket Text:**
ORDER that the parties shall have 10 days from the date of this order to file any additional material pertinent to the pending motion for summary judgment. Signed by Judge Paul L. Friedman on May 1, 2007. (MA)

**1:06-cv-794 Notice has been electronically mailed to:**
Stanley James Reed  sjreed@lerchearly.com
William A. Goldberg  wagoldberg@lerchearly.com

**1:06-cv-794 Notice will be delivered by other means to::**

JOHNNY RAY CHANDLER, SR
R11977-007
PETERSBURG FEDERAL CORRECTIONAL CENTER
Medium
P.O. Box 90043
Petersburg, VA 23804

The following document(s) are associated with this transaction: