Exhibit A,

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

Johnny Ray Chandler, Sr.
1816 New Hampshire Ave., N.W.
Apt. 602 Washington, D.C. 20009
                    *Plaintiff*

vs.                                              CIVIL ACTION NO. _____

W.E. WELCH & ASSOCIATES, INC.        MR. JEFF MAHONEY ( Serve : Ms. Kim
2502 URBANA PIKE, SUITE 200                        Gipe. 2502 Urbana
IJAMSVILLE, MD. 21754        AND                   Pike, Ijamsville,
(SERVE)                                            MD. 21754 )
       Ms. Kim Gipe, Human Resources Mang.
       2502 Urbana Pike, Suite 200
       Ijamsville Maryland 21754
                    *Defendants*

## COMPLAINT

1. Jurisdiction of this court is founded on D.C. Code Annotated, 2001 edition, as amended, Sec. 11-921.
THIS CLAIM/COMPLAINT IS AGAINST W.E. WELCH & ASSOCIATES, INC. (MECHANICAL CONTRACTORS) AND MR. JEFF MAHONEY .Who is one of the employee's of W.E. Welch & Associates. This Claim is for un-fair labor practic, False Accusation and violation of Company Policy, Bias Discrimination, Equal Treatment under the Fourteenth Amendment, and Negliegence in the performance of his duty

A.                          JURISDICTION

Jurisdiction of this Court is founded under Diversity of Citizenship.
I, am a citizen and resident of Washington, D.C. and W. E. Welch & Associate

Wherefore, Plaintiff demands judgment against Defendant in the sum of $ 175,000.00 with interest and costs.

(202) 332-1689
Phone:

DISTRICT OF COLUMBIA, ss

Johnny R. Chandler , being first duly sworn on oath deposes and says that the foregoing is a just and true statement of the amount owing by defendant to the paintiff, exclusive of all set-off and just grounds of defense.

Johnny Ray Chandler, Sr.
(Plaintiff/Agent)

Subscribed and sworn to before me this 23 day of March 20 06

Sidney W. Williams, III
(Notary Public/Deputy Clerk)
Notary Public, District of Columbia
My Commission Expires 7/31/2010

FORM CV-1013/ Nov. 00

1.

## COMPLAINT CONTINUED

Has it's primary place of business in Ijamsville, Maryland.

Also, this Court has Subject Matter Jurisdiction.

**B.**            **STATEMENT OF CLAIM**

Back in October of 2005. I was hired by the defendant, (W.E. Welch & Associates) as a Sheet metal Mechanic. On Monday, March 6, 2006 I went to work. When I arrived, I was approached by the job sit Foreman, Mr. Jeff Mahoney. He told me that :

" I DO NOT NEED YOU ANY MORE."

I, asked him if I was being fired ? Once again he told me that I do not need you any more. So, I immediately left the job sit and went home. When I got home, I called the Human Resources Manager, Ms. Kim Gipes. I informed her of what I had been told by Mr. Jeff Mahoney and asked her if I was going to be sent to another job sit or was I being fired ? She told me that she did not know, but she would find out, and for me to call her back later.

2.

When I called her back. She told me that I had been fired by Mr. Jeff Mahoney. I, asked her to tell me the reason why I had been fired ? She told me that it was because Mr. Mahoney had written me up. I, immediately informed Ms. Gipe that I had not been informed of any write up, written by Mr. Mahoney. Nore had I received any write up written by him. Ms. Gipe informed me that she would send me a copy of the write ups when she mailed me my pay check. This was on March 6, 2006.

Then on Friday, March 17, 2006 I received my check in the mail. Along with my check was four written complaints written by Mr. Jeff Mahoney, ( SEE EXHIBIT'S  A.,B.,C., and D.) As this Court can clearly see. All of those documents has a space for the employee to sign. But none of those forms have my signature on them. Which should prove that I was never made aware of them prior to March 7, 2006. Which furthermore should show and prove that they were written with malicious intent.

B.(1).                    **EQUAL TREATMENT**

Under the Equal Treatment Clause. All persons similarly situated should be treated alike and equally.

On or about February 15, 2006 one of the other workers, who Is also a Sheet Metal worker also received a written warning about his job performance. This warning was verbal as well as in writing. This workers name is Mr. Gary Price. Me on the other hand. I was not given a written warning, and the exhibits will show this fact. Because, none of the have my signature on them.

**B. (2)        POLICY VIOLATIONS**

As I initially stated. I , started working for W.E. Welch in October of 2005. As a new employee, I was given a Policy Guide called W.E. WELCH & ASSOCIATES, Inc. Employee Handbook. In the Foreword of that Handbook, PG. 5, Paragraph 2. It clearly states :

**This Manual has been prepared to help you understand some of the GENERAL POLICIES, WORKING RULES AND BENEFIT PLANS THAT W. E. W. A. I. OFFERS. THIS MANUAL "SHALL" SERVE AS THE GUIDE FOR OUR**

## EMPLOYER / EMPLOYEE RELATIONSHIP ( SEE EXHIBIT F. )
### PG. 46, Para. 1. <u>ON THE JOB</u>

If an employee receives two (2) or more written warnings, disciplinary action will be taken, up to and including termination.

### PG. 62-63 <u>WRITTEN WARNINGS</u>

The Supervisor should discuss the problem and present a written warning to the employee in the presence of the Human Resources Manager. Clearly identify the problem and outline a course of corrective action within a specific time frame. The employee should clearly understand both the corrective action and the consequences, (I.e. termination) if the problem is not corrected or reoccurs. The employee should acknowledge receipt of the warning and incorporate any of their own comments before signing it. A record of the discussion and the employee's comments should be placed in the employee's file in the Human Resources Department.

Here in in this claim. Which is presently before the court. I

was never given a chance to make any comments in reference to the alleged Notices/write-ups. Nor was I ever seen or taken before the Human Resources Manager. As mandated by the W. E. Welch & Associates Employee / Employer Policy. Therefore, the defendants are all guilty of all charges.

C. **ADMINISTRATIVE APPEAL**

As required by the Rules of Civil Procedures. I sent an Appeal to Ms. Kim Gipe, Human Resource Manager for W. E. Welch. Informing her in writing of my complaint, and requesting that my employment be re-instated. ( SEE EXHIBIT E. )

D. **REQUESTED RELIEF**

As Relief in this Claim. I respectfully Move this Court to award me the following Relief :

1. Monetary Relief : 150,000.00 from W. E. Welch. For unfair Labor practices.

2. 25,000.00 from Mr. Jeff Mahoney. For violation of Policy , Bias Discrimination, and violation of the Equal Treatment Clause.

## INJUNCTIVE RELIEF

1. It be ORDERED by this Court that my employment with W. E Welch & Associates be immediately re-instated.

2. It be ORDERED that I be given back pay. From March 6, 2006 To present.

Respectfully Submitted,

Johnny Ray Chandler, Sr.
Plaintiff, PRO-SE



## W.E. Welch & Associates Inc
### MECHANICAL CONTRACTORS

2502 Urbana Pike • Suite 200 • Ijamsville, MD 21754

# EMPLOYEE DISCIPLINARY REPORT

A.

DATE: 2-07-06

NAME: Johnny Chandler

**ACTION TAKEN**

[✓] 1st Warning   [ ] 2nd Warning   [ ] Final Warning   [ ] Termination

**NATURE OF INCIDENT**

[ ] Excessive Absenteeism                [ ] Lack of Cooperation/Teamwork
[ ] Insubordination/Failure to follow    [ ] Substandard Work/Carelessness
    instructions
[ ] Threatening or Engaging in Violence  [✓] Violation of Safety Rules
[ ] Dishonesty/Theft                     [ ] Drinking/Drugs while at work or
                                             operating company vehicles
[ ] Destruction of Company Property      [ ] Destruction of Customers' Property
[ ] Other _____

**FACTS OF INCIDENT**

Johnny came to work without his hard hat

Witness (if any): _____

Prepared By: Jeff Mahoney

Supervisor Signature: _____

Employee Signature: _____

(800) WELCH-41 • (301) 831-8942 • FAX (301) 831-8403



**W. Welch & Associates Inc**
**MECHANICAL CONTRACTORS**

2502 Urbana Pike • Suite 200 • Ijamsville, MD 21754

B.

# EMPLOYEE DISCIPLINARY REPORT

DATE: 2/9/06

NAME: Johnny Chandler

**ACTION TAKEN**

✓ 1st Warning    ___ 2nd Warning    ___ Final Warning    ___ Termination

**NATURE OF INCIDENT**

___ Excessive Absenteeism                    ___ Lack of Cooperation/Teamwork

___ Insubordination/Failure to follow         ___ Substandard Work/Carelessness
    instructions

___ Threatening or Engaging in Violence       ✓ Violation of Safety Rules

___ Dishonesty/Theft                          ___ Drinking/Drugs while at work or
                                                  operating company vehicles

___ Destruction of Company Property           ___ Destruction of Customers' Property

___ Other _____

**FACTS OF INCIDENT**

no hard hat today

Witness (if any) _____

Prepared By: Jeff Mahoney

Supervisor Signature: _____

Employee Signature: _____

(800) WELCH-41 • (301) 831-8942 • FAX (301) 831-8403

MAR-07-2006 12:41 A

P.01



**Welch & Associates Inc**

2502 Urbana Pike • Suite 300 • Ijamsville, MD 21754

## EMPLOYEE DISCIPLINARY REPORT

DATE: 2/10/06

NAME: Johnny Chandler

**ACTION TAKEN**

___ 1st Warning   ✓ 2nd Warning   ___ Final Warning   ___ Termination

**NATURE OF INCIDENT**

___ Excessive Absenteeism                ✓ Lack of Cooperation/Teamwork

___ Insubordination/Failure to follow    ___ Substandard Work/Carelessness
    instructions

___ Threatening or Engaging in Violence  ___ Violation of Safety Rules

___ Dishonesty/Theft                     ___ Drinking/Drugs while at work or
                                              operating company vehicles

___ Destruction of Company Property      ___ Destruction of Customers' Property

___ Other _____

**PROOF OF INCIDENT**

Took Johnny all day to put
in 75' of return duct for apartment
201 on 1st Floor

Witness (if any): _____

Prepared By: _____

Supervisor Signature: Jeff Maluy

Employee Signature: _____

(800) WELCH-41  •  (301) 831-9042  •  FAX (301) 831-9403

# W.E. Welch & Associates Inc
## MECHANICAL CONTRACTORS

2502 Urbana Pike • Suite 200 • Ijamsville, MD 21754

D.

# EMPLOYEE DISCIPLINARY REPORT

DATE: 3/1/06

NAME: Johnny Chandler

**ACTION TAKEN**

___ 1st Warning    ___ 2nd Warning    ✓ Final Warning    ___ Termination

**NATURE OF INCIDENT**

___ Excessive Absenteeism
___ Insubordination/Failure to follow instructions
___ Threatening or Engaging in Violence
___ Dishonesty/Theft
___ Destruction of Company Property
___ Other _____

___ Lack of Cooperation/Teamwork
___ Substandard Work/Carelessness
✓ Violation of Safety Rules
___ Drinking/Drugs while at work or operating company vehicles
___ Destruction of Customers' Property

**FACTS OF INCIDENT**

Johnny not wear hard hat

Witness (if any): [signature]
Prepared By: J.H. Mahony
Supervisor Signature: _____
Employee Signature: _____

(800) WELCH-41 • (301) 831-8942 • FAX (301) 831-8403

**Exhibit C**

both the corrective action and the consequence (i.e., termination) if the problem is not corrected or reoccurs. The employee should acknowledge receipt of the warning and incorporate any of their own comments before signing it. A record of the discussion and the employee's comments should be placed in the employee file in the Human Resources Department.

Employees who have had formal written warnings are not eligible for salary increases, bonus awards, promotions or transfers during the warning period.

### Post Resignation/Termination Procedures

### Exit Interview

The Human Resources ~~...~~ employee on the employee's last day of employment. Before your final paycheck will be issued employees leaving WEWAI must return all WEWAI property including such items as:

- Employee Handbook
- office keys
- WEWAI's issued credit cards
- WEWAI's manuals
- WEWAI's vehicle
- WEWAI's cell phone, charger, manual, case
- any additional WEWAI owned or issued property

### Benefits

Benefits (Life, Medical, etc.) end on the last day of the month following termination. Employees may choose the continuation or waiver of comprehensive medical coverage under COBRA. An employee has the option to convert to individual life insurance, and/or to continue Medical Benefits in accordance with the Consolidated Omnibus Budget Reconciliation Act ("COBRA") regulations. Specific information will be mailed to the employee's home.

### Final Paycheck

Final paycheck will be processed during the normal payroll period. If there are unpaid obligations to WEWAI, the final paycheck will reflect the appropriate deductions.

### Retirement Plan

If an employee is in the retirement plan, in order to receive a disbursement of any amounts due, the employee will be mailed information on the distribution or the transfer of funds as soon as administratively feasible after the end of plan year. The employee is required to complete and sign a distribution form and mail it to the Plan Administrator. Specific information will be mailed to the employee's home.

Published 10/03

63

---

- undue and unauthorized absence from duty during regularly scheduled work hours
- deliberate non-performance of work
- larceny, unauthorized possession of, or the use of, property belonging to any co-worker, visitor, or customer of WEWAI
- possession of dangerous weapons on the premises
- unauthorized possession, use or copying of any records that are the property of WEWAI
- unauthorized posting or removal of notices from bulletin boards
- excessive absenteeism or lateness
- marring, defacing or other willful destruction of any supplies, equipment or property of WEWAI
- failure to call or directly contact your supervisor when you will be late or absent from work
- fighting or serious breach of acceptable behavior
- violation of the Alcohol or Drug Policy
- theft
- violation of WEWAI's Conflict of Interest/Outside Employment Policy and/or Confidentiality Policy
- gambling, conducting games of chance or possession of such devices on the premises or during work hours
- leaving work premises without authorization during work hours.
- sleeping on the job

These above noted infractions are intended to be representative of the types of activities that may result in disciplinary action. It is not exhaustive, and is not intended to be comprehensive and does not change the employment-at-will relationship between the employee and WEWAI.

In the event of dismissal for misconduct, all benefits end at the end of the month. COBRA may not be available to anyone dismissed from WEWAI for gross misconduct.

### Dismissals Other Than Immediate Termination

All employees are expected to meet WEWAI's standards of work performance. Work performance encompasses many factors, including attendance, punctuality, personal conduct, job proficiency and general compliance with the Company's policies and procedures.
If an employee does not meet these standards, WEWAI may, under appropriate circumstances, take corrective action, other than immediate dismissal.

The intent of corrective action is to formally document problems while providing the employee with a reasonable time within which to improve performance. The process is designed to encourage development by providing employees with guidance in areas that need improvement such as poor work performance, attendance problems, personal conduct, general compliance with WEWAI's policies and procedures and/or other disciplinary problems.

### Written Warnings

The supervisor should discuss the problem and present a written warning to the employee in the presence of a Human Resources Manager. This should clearly identify the problem and outline a course of corrective action within a specific time frame. The employee should clearly understand

Published 10/03

62


F-2

## ON THE JOB

### General Policies and Procedures

The contents of this "Handbook" are your guide to success and should be followed at all times. ~~Anytime a policy in this "HANDBOOK" is not followed, an employee may receive disciplinary action, up to and including termination. It is your responsibility to read each policy carefully, keeping in mind what it is that WEWAI expects of our employees.~~

### Office Procedures

The following general office procedures should be followed during your employment at WEWAI, when you are working in, or visiting WEWAI's corporate offices:

-General Maintenance -- keep offices and shops neat and clean, it is necessary for everyone to pitch in and help. Specifically, when using the common office areas and lavatory, make sure you clean up after yourself. Please remember to be courteous to the next user.
-Copier and Fax Machines -- located in the office, these pieces of office equipment are for work related use only.
-Supplies -- if something is needed, please contact the receptionist.

WEWAI's office equipment, such as telephone, postage, facsimile and copier machine, is intended to be used for business purposes. An employee may only use this equipment for non-business purposes with the permission of his or her supervisor. Personal usage of these or other equipment that results in a charge to WEWAI should be reported immediately to your supervisor or accounting so that reimbursement can be made.

### Facilities Access and Security

The last employee to leave the facility (e.g. office, shop, building, etc.) at the end of the day is charged with responsibility of making sure all equipment is off, lights are out, and doors are locked. The building is open on regular work days (except holidays) from 7:00 a.m. to 4:30 p.m. If you need access to the building before 7:00 a.m. and/or after 4:30 p.m., Monday through Friday, weekends, or holidays, please see your supervisor for entry access.

### Quality Assurance

It is the policy of WEWAI to provide high quality work to all of its clients regardless of the scope and length of work. WEWAI is dedicated to providing its clients with the utmost service and fulfillment needed. Quality work is done in a timely and cost effective manner.

### Attendance, Punctuality an[d ...]

[B]ecause WEWAI depends he[avily on...]
[...] sched[uling ...]
on the W[...]
punctual[ity ...]
expected [...]
work on time. Field employe[es ...]
totally prepared to start work [...]
may change per job). Lunch [...]
per job). Service Techs must [...]
home to the job location has [...]

Moreover, an employee must [...]
advance as possible, but not l[...]
expects to be late or absent u[...]
leaves). This policy applies f[...]
work and fails to contact his/[...]
consecutive work days may b[...]
rehire. A careful record of ab[...]
becomes part of the personne[l ...]
chances for advancement and [...]
warned repeated absenteeism [...]

### Drug and Alcohol Abuse

WEWAI is firmly committed [...]
employee safety and health. [...]
take its toll in the workplace b[y ...]
undermining public confidenc[e ...]
activity under state and feder[al ...]
manufacturing, distributing, p[...]
purpose of this policy, WEW[AI ...]
owned or leased by the comp[any ...]
company vehicles or equipme[nt ...]
include, but are not limited to [...]
phencyclidine (PCP), halluci[nogens ...]
affect one's ability to functio[n ...]
have a proper prescription wh[...]

Any employee who is arreste[d ...]
sale, distribution, possession [...]
duty will be terminated.

Any employee who violates a [...]

Published 10/03                          46                         Published 10/03