Exhibit A.

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

JOHNNY RAY CHANDLER, SR.
1816 New Hampshire Avenue, N.W., Apt. 602
Washington, D.C. 20009

    Plaintiff

v.                                              Case No. _____

W.E. WELCH & ASSOCIATES, INC.
2502 Urbana Pike, Suite 200
Ijamsville, MD 21754
    and

Kim Gipe
831 Five Forks Lane
Fairfield, PA 17320

    and

Jeff Mahoney
615 Ninth Avenue
Brunswick, MD 21716

    Defendants.

## DEFENDANTS' NOTICE OF REMOVAL OF CASE TO UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Defendants W.E. Welch & Associates, ("W.E. Welch") Jeff Mahoney and Kim Gipe (collectively "Defendants"), pursuant to 28 U.S.C. §§ 1332, 1441 and 1446 and the local rules of this Court, hereby submit their Notice of Removal and states as follows:

1. Defendants hereby exercise their rights under 28 U.S.C. §§ 1332, 1441 and 1446 to remove this action from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia.

2. This action commenced on or about March 23, 2006 with the filing of a *pro se* Complaint in the Superior Court of the District of Columbia, a copy of which is attached hereto

LAW OFFICES
LERCH, EARLY & BREWER
CHARTERED
SUITE 460
BETHESDA METRO CENTER
HESDA, MARYLAND 20814-5367

(301) 986-1300

as Exhibit 1. In the Complaint, Plaintiff makes a range of allegations against Defendants W.E. Welch Associates, Inc. ("W.E. Welch") and Jeff Mahoney arising from the termination of his employment at W.E. Welch. Plaintiff subsequently filed a Motion to Amend Complaint and Supplement the Pleadings ("Motion to Amend"), which, *inter alia*, added Kim Gipe as a party defendant, and asserted claims specifically against her. (Exhibit 2). In his Complaint, Plaintiff seeks total damages in excess of $175,000, and in his Motion to Amend Plaintiff seeks additional damages of $25,000 from Ms. Gipe, plus unspecified amounts for back pay and punitive damages. Ms. Gipe and Mr. Mahoney are employed at W.E. Welch.

3. On or about April 4, 2006 Defendants W.E. Welch and Mr. Mahoney were served with a copy of the original Complaint, Summons and Initial Order. Ms. Gipe received a copy of the Motion to Amend at her employer's office on or about April 14, 2006. Copies of the Summons, Initial Order and Notice of Service of Process are attached as Exhibits 3, 4 and 5 respectively.

4. This action may be removed to this Court pursuant to 28 U.S.C. §§ 1441 and 1446(b). Section 1446(b) provides in pertinent part:

> The notice of removal of a civil action or proceeding shall be filed within thirty days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based...

5. In accordance with Section 1446(b), this Notice of Removal is being filed within thirty (30) days after at least one Defendant received service of the Complaint.

6. This Court has original jurisdiction over this action pursuant to 28 U.S.C. §1332 because the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and the suit is between citizens of different states.

2

7. There is complete diversity because W.E. Welch is incorporated in the State of Maryland with its principal place of business in the State of Maryland. Defendant Jeff Mahoney is a citizen of Maryland, and Kim Gipe is a citizen of the State of Pennsylvania. Upon information and belief, Plaintiff is a citizen of the District of Columbia. *See* Exhibit 1.

8. Promptly after filing this Notice of Removal, Defendants will serve a copy of it upon the *pro se* Plaintiff and will file a copy with the Clerk of the United States District Court for the District of Columbia.

Respectfully submitted,

LERCH, EARLY & BREWER, CHARTERED

_____
Stanley J. Reed (D.C. Bar No. 260810)
3 Bethesda Metro Center, Suite 460
Bethesda, MD 20814-5367
(301) 986-1300 (Phone)
(301) 657-1796 (Facsimile)
*Attorneys for W.E. Welch & Associates*
*Jeff Mahoney and Kim Gipe*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of May 2006, I caused a copy of the foregoing to be served via first-class mail, postage prepaid on:

Mr. Johnny Ray Chandler, Sr. (*pro se*)
1816 New Hampshire Avenue, N.W.
Apt. 602
Washington, D.C. 20009

_____
Stanley J. Reed

#586044