# UNITED STATES DISTRICT COURT
## for the District of Columbia

Civil Division

Johnny Ray Chandler, Sr.　　　　　：

　　　　　Plaintiff,　　　　　：

　　　　　　　　　　　　　　　　　：

　　　V.　　　　　　　　　　　　：　Civil Action No. 06-cv-794(P.L.F.)

　　　　　　　　　　　　　　　　　：

W. E. Welch & Assoc. etal.,　　：

　　　　　　　　　　　　　　　　　：

　　　　　Defendants.　　　　　：

RECEIVED
JUN 2 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## PLAINTIFFS' REQUEST FOR LEAVE TO AMEND THE COMPLAINT AND SUPPLEMENT THE PLEADINGS

Comes now Plaintiff, Johnny Ray Chandler, Sr. Pursuant to the Fed. R. Civ. Pro. and the Rules of this Court. Respectfully moves this Honorable Court, to GRANT me LEAVE to Ament the Complaint and Supplement the Pleadings.

In support of this Motion. Plaintiff referrs this Court to the following Memorandum of Points and Authorities.

　　　　　　　　Respectfully Submitted,

　　　　　　　　*Johnny Ray Chandler*
　　　　　　　　Johnny Ray Chandler, Sr.
　　　　　　　　　　Plaintiff Pro-Se
　　　　　　　　FCC Petersburg - Medium
　　　　　　　　　　P.O. BOX 90043
　　　　　　　　Petersburg, Va. 23804-9003

UNITED STATES DISTRICT COURT
for the District of Columbia

Civil Division

Johnny Ray Chandler, Sr.                :
                                        :
        Plaintiff,                      :
                                        :
    V.                                  : Civil Action No. 06-cv-794(P.L.F.)
                                        :
W.E. Welch & Assoc. et al.,             :
                                        :
        Defendants.                     :

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S REQUEST TO AMEND THE COMPLAINT AND SUPPLEMENT THE PLEADINGS.

   Plaintiff, Johnny Ray Chandler, Sr. Proceeding-Pro-Se. Respectfully moves this Court to Grant him Leave to Amend the Complaint and Supplement the Pleadings.
   In this Amendment to the above Complaint. Plaintiff moves this Court to add the Claim of Procedural Due Process Rights Violation under the Fifth and Fourteenth Amendment.
   As Plaintiff stated in his initial Complaint. He was terminated from his employment by Defendant, Jeff Mahoney. But, was not given a chance to have an in-person hearing and or appeal as mandated by the Policy of W.E. Welch & Associates.
   Wherefore, in the interest of Justice. Plaintiff respectfully moves this Court to Grant him Leave to Amend the Complaint and Supplement the Pleadings.

Respectfully Submitted,

Johnny Ray Chandler, Sr.
Plaintiff, Pro Se
FCC Petersburg - Medium
P.O. BOX 90043
Petersburg, Va. 23804-9003

## CERTIFICATE OF SERVICE

I, hereby certify that a true and correct copy of the foregoing Motion to Amend The Complaint along with the Certificate of Service. Were mailed U.S. First Class Mail, postage prepaid on this 22nd day of June, 2007 TO :

CC : Mr. Stanlel J. Reed (D.C. Bar No. 260810)
    3 Bethesda Metro Center
    Suite 460
    Bethesda, Maryland 20814-5367

                Respectfully Submitted,
                Johnny Ray Chandler, Sr.
                    Plaintiff, Pro-Se
                Fed. Reg. No. 11977-007
                FCC Petersburg-Medium
                    P.O. BOX 90043
                Petersburg, Va. 23804-9003