United States District Court
for the District of Columbia

Civil Division

Johnny Ray Chandler, Sr.,

    Plaintiff,

V.    Civil Action No. 06-cv-794 (P.L.F.)

W. E. Welch & Assoc., et al.,

    Defendants.

RECEIVED
SEP 1 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Plaintiff's Notice of Address Change

Comes now plaintiff. Pursuant to the Fed. R. Civ. Pro. and the Rules of this Honorable Court. Respectfully moves this Court to accept into the Record. His Notice of Address Change

On the morning of Thursday, August 9, 2007. By Order of the F.B.O.P. (Federal Bureau of Prisons). Plaintiff was removed from the FCC Petersburg - Medium Facility and brought to the U.S.P. Allenwood Penitentiary in White Deer, Pennsylvania.

U.S.P. Allenwood
P.O. Box 3000
White Deer, Pa. 17887

Wherefore, any and all future Orders or Rulings of the Court, can be sent to this Plaintiff at the above address.

Respectfully Submitted

Johnny Ray Chandler, Sr.
Reg. No. 19977-007
U.S.P. Allenwood
P.O. Box 3000
White Deer, Pa. 17887

Certificate of Service

I plaintiff, Johnny Ray Chandler, Sr. Hereby certifies that a true and correct copy of the foregoing Notice of Address Change was mailed postage prepaid on this 4th day of September, 2007, To:

Mr. Stanley J. Reed
3 Bethesda Metro Center, Suite 460
Bethesda, MD, 20814-5367

Johnny Ray Chandler, Sr.