Memorandum

To: Ms. Nancy Mayer Whittington, Clerk
United States District Court
333 Constitution Ave., N.W.
Washington, D.C. 20001

RECEIVED
NOV - 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

From: Johnny Ray Chandler, Sr.
Reg. No. 11977-007
U.S.P. Allenwood
P.O. Box 3000
White Deer, Pa. 17887

Subject: Notice of Address Change

Date: October 25, 2007

RE: Chandler v. W.E. Welch, et al., 06-cv-794 (P.L.F.)

On August 9, 2007. By Order of the F.B.O.P. I was transferred from FCC Petersburg. I am now at U.S.P. Allenwood, P.O. Box 3000, White Deer, Pa. 17887.

CC: Mr. Stanley J. Reed (Counsel for the Defendants)
Lerch, Early & Brewer, Chartered
3 Bethesda Metro Center
Suite 460
Bethesda, Maryland 20814-5367

Respectfully Submitted,
Johnny Ray Chandler, Plaintiff, Pro-Se