UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHNNY RAY CHANDLER, SR., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-794 (PLF) |
| | ) |
| W.E. WELCH & ASSOCIATES, INC., <u>et al.</u>, | ) |
| | ) |
| Defendants. | ) |

ORDER AND JUDGMENT

For the reasons set forth in the Opinion issued this same day, it is hereby

ORDERED that defendants' court-designated motion for summary judgment [11] is GRANTED with respect to plaintiff's breach of employment contract claims. Plaintiff's constitutional claims, Section 1983 claims, and employment discrimination claims [11] are DISMISSED for failure to state a claim; it is

FURTHER ORDERED that plaintiff's Motion to Amend Complaint and Supplement the Pleadings [16] is DENIED; it is

FURTHER ORDERED that plaintiff's Request for an Extension of Time to File His Response Motion [19 and 20] is DENIED as moot; it is

FURTHER ORDERED that plaintiff's Motion to Produce Evidence [21] is GRANTED; and it is

FURTHER ORDERED that plaintiff's Request for Leave to Amend the Complaint and Supplement the Pleadings [23] is DENIED; it is

FURTHER ORDERED that any other pending motions are DENIED; and it is

FURTHER ORDERED that judgment is entered for defendants on plaintiff's employment contract claims. All other claims are dismissed. This is a final appealable order. See FED. R. APP. P. 4(a).

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: February 5, 2008

FURTHER ORDERED that plaintiff's Request for Leave to Amend the Complaint and Supplement the Pleadings [23] is DENIED; it is

FURTHER ORDERED that any other pending motions are DENIED; and it is

FURTHER ORDERED that judgment is entered for defendants on plaintiff's employment contract claims. All other claims are dismissed. This is a final appealable order. See FED. R. APP. P. 4(a).

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: February 5, 2008